# United States Bankruptcy Court
## Western District of New York

## Voluntary Petition

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fairchild Manor Nursing Home, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**16-1591860** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**765 Fairchild Place**<br>**Lewiston, NY**<br>ZIP Code **14092** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Niagara** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2302 Wehrle Drive**<br>**Williamsville, NY**<br>ZIP Code **14221** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Fairchild Manor Nursing Home, LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  X_____  Signature of Attorney for Debtor(s)            (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Fairchild Manor Nursing Home, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Debtor

X _____
   Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Arthur G. Baumeister, Jr.**
_____
Signature of Attorney for Debtor(s)

**Arthur G. Baumeister, Jr.**
_____
Printed Name of Attorney for Debtor(s)

**Amigone, Sanchez, Mattrey & Marshall LLP**
_____
Firm Name
**1300 Main Place Tower**
**350 Main Street**
**Buffalo, NY 14202**
_____
Address

**Email: abaumeister@amigonesanchez.com**
**(716) 852-1300  Fax: (716) 852-1344**
_____
Telephone Number
**August 26, 2011**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marc Korn**
_____
Signature of Authorized Individual
**Marc Korn**
_____
Printed Name of Authorized Individual
**Managing Member**
_____
Title of Authorized Individual
**August 26, 2011**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Western District of New York

| | |
|---|---|
| In re    **Fairchild Manor Nursing Home, LLC** | Case No. _____ |
| Debtor(s) | Chapter    **11** |

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **AFLAC New York**<br>**22 Corporate Woods Boulevard**<br>**Albany, NY 12211** | **AFLAC New York**<br>**22 Corporate Woods Boulevard**<br>**Albany, NY 12211** | **vendor** | | **15,745.41** |
| **Angelica-Batavia**<br>**P.O. Box 823283**<br>**Philadelphia, PA 19182-3283** | **Angelica-Batavia**<br>**P.O. Box 823283**<br>**Philadelphia, PA 19182-3283** | **vendor** | | **25,098.92** |
| **Berkadia Commerical Mortgage**<br>**P.O. Box 1687**<br>**Horsham, PA 19044-6687** | **Berkadia Commerical Mortgage**<br>**P.O. Box 1687**<br>**Horsham, PA 19044-6687** | **Guarantee of affiliate mortgage loan** | **Contingent Unliquidated Disputed** | **4,000,000.00** |
| **Buffalo Pharmacy Institute**<br>**20 Lawrence Bell Drive**<br>**Buffalo, NY 14221** | **Buffalo Pharmacy Institute**<br>**20 Lawrence Bell Drive**<br>**Buffalo, NY 14221** | **vendor** | | **33,540.91** |
| **Catholic Health-Dept. of Lab Service**<br>**Attn.: John Emhof - Billing**<br>**2157 Main Street**<br>**Buffalo, NY 14214** | **Catholic Health-Dept. of Lab Service**<br>**Attn.: John Emhof - Billing**<br>**2157 Main Street**<br>**Buffalo, NY 14214** | **vendor** | | **22,122.69** |
| **Commissioner of Health New York Assessment Fund**<br>**P.O. Box 4757**<br>**Syracuse, NY 13221** | **Commissioner of Health New York Assessment Fund**<br>**P.O. Box 4757**<br>**Syracuse, NY 13221** | **Health Care Facility Assessments** | | **225,563.06** |
| **Damon & Morey LLP**<br>**Avant Buiding, Suite 1200**<br>**200 Delaware Avenue**<br>**Buffalo, NY 14202-2150** | **Damon & Morey LLP**<br>**Avant Buiding, Suite 1200**<br>**200 Delaware Avenue**<br>**Buffalo, NY 14202-2150** | **legal services** | | **25,472.39** |
| **Freed Maxick & Battaglia**<br>**800 LIberty Building**<br>**Buffalo, NY 14202** | **Freed Maxick & Battaglia**<br>**800 LIberty Building**<br>**Buffalo, NY 14202** | **accounting services** | | **32,500.00** |
| **Health Care Industry Trust**<br>**700 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14202** | **Health Care Industry Trust**<br>**700 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, NY 14202** | **vendor** | | **284,854.01** |

In re    **Fairchild Manor Nursing Home, LLC**                     Case No. _____

_____Debtor(s)_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Independent Health<br>Dept. 264<br>P.O. Box 8000<br>Buffalo, NY 14267-0002 | Independent Health<br>Dept. 264<br>P.O. Box 8000<br>Buffalo, NY 14267-0002 | health insurance premiums | | 21,462.16 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Employment Taxes | Disputed | 482,765.00 |
| Kavinoky, Cook LLP<br>726 Exchange Street, Suite 800<br>Buffalo, NY 14210 | Kavinoky, Cook LLP<br>726 Exchange Street, Suite 800<br>Buffalo, NY 14210 | legal services | | 65,000.00 |
| MVP Health Care, Inc.<br>220 Alexander Street<br>Rochester, NY 14607 | MVP Health Care, Inc.<br>220 Alexander Street<br>Rochester, NY 14607 | vendor | | 14,551.21 |
| National Benefit Life Ins. Co.<br>One Court Square<br>Long Island City, NY 11120-0001 | National Benefit Life Ins. Co.<br>One Court Square<br>Long Island City, NY 11120-0001 | vendor | | 14,025.32 |
| New York State Dept. of Labor<br>State Office Building<br>Campus Bldg. 12, Rm. 185B<br>Albany, NY 12240 | New York State Dept. of Labor<br>State Office Building<br>Campus Bldg. 12, Rm. 185B<br>Albany, NY 12240 | Fines for untimely payment of payroll | | 150,000.00 |
| Niagara Hospice, Inc.<br>4675 Sunset Drive<br>Lockport, NY 14094 | Niagara Hospice, Inc.<br>4675 Sunset Drive<br>Lockport, NY 14094 | professional fees | | 18,591.02 |
| NYSHFA<br>33 Elk Street, Suite 300<br>Albany, NY 12207-1010 | NYSHFA<br>33 Elk Street, Suite 300<br>Albany, NY 12207-1010 | vendor | | 14,420.08 |
| Occupational Health Care Services<br>621 Tenth Street<br>Niagara Falls, NY 14302 | Occupational Health Care Services<br>621 Tenth Street<br>Niagara Falls, NY 14302 | vendor | | 28,809.64 |
| U. S. Food Service<br>125 Gardenville Parkway West<br>Buffalo, NY 14224 | U. S. Food Service<br>125 Gardenville Parkway West<br>Buffalo, NY 14224 | vendor | | 41,386.51 |
| Village of Lewiston Inc.<br>145 N. 4th Street<br>Lewiston, NY 14092 | Village of Lewiston Inc.<br>145 N. 4th Street<br>Lewiston, NY 14092 | vendor | | 49,915.70 |

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**            Case No.   _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 26, 2011**_____        Signature   **/s/ Marc Korn**_____

                                                             **Marc Korn**
                                                          **Managing Member**

    *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                     18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court

## Western District of New York

In re   **Fairchild Manor Nursing Home, LLC**
_____,
                                    Debtor

Case No. _____

Chapter _____ **11** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 578,977.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,244,508.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 488,565.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 31 | | 5,411,647.74 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| | | Total Assets | 578,977.00 | | |
| | | | Total Liabilities | 7,144,721.60 | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re **Fairchild Manor Nursing Home, LLC**                    Case No. _____
                                                                    ,
                                    Debtor

                                                               Chapter_____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re **Fairchild Manor Nursing Home, LLC** ,  Case No. _____

_____
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | 0.00 | (Total of this page) |
| | Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** , Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | HSBC Bank - Remittance checking account # X1435 | - | 16,281.00 |
| | | HSBC Bank - Operating checking account # X0447 | - | 60.00 |
| | | HSBC Bank - Patient Trust checking account # X1443 | - | 1,705.00 |
| | | HSBC Bank - Payroll checking account # X1451 | - | 235.00 |
| | | HSBC Bank - Petty Cash checking account # X1460 | - | 1,696.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **19,977.00**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**
_____,   Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (Medicaid and Medicare reimbursements, private insurance claims and reimbursements and general services accounts) approximately $500K total** | - | 475,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >      475,000.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**                                   ,    Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against BPNY Acquisition Corp in litigation captioned BPNY Acquisition Corp. v. Fairchild Manor Nursing Home, LLC, Index No. 800036/10, NYS Sup. Ct., Erie Cty.** | - | **Unknown** |
| | | **Claim against the State of New York arising from appeals from decisions denying full medicaid reimbursement (total amount claimed approximately $250K)** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **NYS Dept. of Health Residential Health Care Facility Operating Certificate - legal status of Certificate is uncertain** | - | **Unknown** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Mercedes SUV - 110,000 miles** | - | **15,000.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Misc. desks, chairs, tables, filing cabinets, computers, copy machine, fax machine** | - | **4,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **approximately 100 sets of various room furniture.** | - | **8,000.00** |
| | | **call system** | - | **4,000.00** |
| | | **Two (2) electrical generators** | - | **35,000.00** |
| | | **Computer equipment, phone system** | - | **5,000.00** |
| | | **62 sets of nite stands, dressers and tables.** | - | **3,000.00** |
| | | **Fire Alarm System** | - | **5,000.00** |

Sub-Total >    **79,000.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**         ,      Case No. _____

                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30. Inventory. | | **Food inventory was disposed of upon closure of facility; medical supplies, OTC and RX were either destroyed in accordance with health regulations or returned for credit to vendor.  Only inventory at present is facility owned linens, dishware,** | - | **5,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **5,000.00** |
| (Total of this page) | |
| Total > | **578,977.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**        Case No. _____

                               Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **28057781** <br><br> **AEL Financial** <br> **Box 88046** <br> **Milwaukee, WI 53288-0046** | | | - | **2008** <br><br> **Purchase Money Security** <br><br> **62 sets of nite stands, dressers and tables.** | | | | | |
| | | | | Value $      **3,000.00** | | | | **57,791.00** | **54,791.00** |
| Account No. <br><br> **Caterpillar Fiancial Services Corp.** <br> **2121 West End Avenue** <br> **Nashville, TN 37203** | | | - | **2007** <br><br> **Purchase Money Security** <br><br> **Two (2) electrical generators** | | | | | |
| | | | | Value $      **35,000.00** | | | | **130,000.00** | **95,000.00** |
| Account No. **10704510253409** <br><br> **Chase Auto Finance** <br> **P.O. Box 901076** <br> **Fort Worth, TX 76101-2076** | X | | - | **2007** <br><br> **Purchase Money Security Interest** <br><br> **2007 Mercedes SUV - 110,000 miles** | | | | | |
| | | | | Value $      **15,000.00** | | | | **33,331.00** | **18,331.00** |
| Account No. <br><br> **Evans National Bank** <br> **14-16 North Main Street** <br> **Angola, NY 14006** | | | - | **Blanket Security Interest** <br><br> **All personal property, accounts, etc.** | | | | | |
| | | | | Value $      **16,281.00** | | | | **374,593.48** | **Unknown** |

   **2**    continuation sheets attached

| | Subtotal <br> (Total of this page) | **595,715.48** | **168,122.00** |
|---|---|---|---|

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                            Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** ,    Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **General Electric Capital** <br> **20225 Watertower Blvd.** <br> **Brookfield, WI 53045** | X | - | **2008** <br><br> **Purchase Money Security** <br><br> **approximately 100 sets of various room furniture.** <br><br> Value $     **8,000.00** | | | | 46,118.00 | 38,118.00 |
| Account No. <br><br> **Omnicare Pharmacy/BPNY Acquisition** <br> **P.O. Box 715276** <br> **Columbus, OH 43271-5276** | | - | **Non-Purchase Money Security** <br><br> **All personal property, accounts, etc.** <br><br> Value $     **Unknown** | | | | 42,298.10 | Unknown |
| Account No. **OMNI** <br><br> **Omnicare Pharmacy/BPNY Acquisition** <br> **2410 North America Drive** <br> **Buffalo, NY 14224** | | - | **Non-Purchase Money Security** <br><br> **All personal property, accounts, etc.** <br><br> Value $     **Unknown** | | | | 468,648.28 | Unknown |
| Account No. **SIMPLEX** <br><br> **Simplex Grinnell** <br> **1310 Madrid St. Ste. 103** <br> **Marshall, MN 56258** | | - | **2008** <br><br> **Purchase money security** <br><br> **call system** <br><br> Value $     **4,000.00** | | | | 67,889.00 | 63,889.00 |
| Account No. <br><br> **Simplex Grinnell** <br> **1310 Madrid St. Ste. 103** <br> **Marshall, MN 56258** | | - | **2007** <br><br> **Purchase Money Security** <br><br> **Fire Alarm System** <br><br> Value $     **5,000.00** | | | | 9,360.00 | 4,360.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)      634,313.38      106,367.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com    Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC** ,        Case No. _____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**TCF Equipment Lease**<br>**11100 WayzataBlvd., #801**<br>**Minnetonka, MN 55305** | - | | **Purchase Money Security**<br><br>**Computer equipment, phone system**<br><br>Value $          **5,000.00** | | | X | **14,480.00** | **9,480.00** |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet  __2__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **14,480.00** | **9,480.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **1,244,508.86** | **283,969.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**        ,      Case No. _____

                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**2** continuation sheets attached

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

In re  **Fairchild Manor Nursing Home, LLC** _____,  Case No. _____

                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Dr. Drew Chenelly 121 North Main Street, Suite 310 Albion, NY 14411** | - | | medical services | | | | 3,800.00 | 0.00 | 3,800.00 |
| Account No. **Frank A. Pallone, DDS 552 Third Street Niagara Falls, NY 14301** | - | | dental services | | | | 1,800.00 | 0.00 | 1,800.00 |
| Account No. **Kim Marie Fritschi 3 Sibley Drive Buffalo, NY 14224** | - | | social work services | | | | 200.00 | 0.00 | 200.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,800.00 | 5,800.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** , Case No. _____
_____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **X1860** | | | | **2009** | | | | | |
| **Internal Revenue Service** **P.O. Box 7346** **Philadelphia, PA 19101-7346** | X | - | | **Employment Taxes** | | | X | | 0.00 |
| | | | | | | | | 482,765.00 | 482,765.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __2__ of __2__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 482,765.00 | 0.00 482,765.00 |
| | Total (Report on Summary of Schedules) | 488,565.00 | 0.00 488,565.00 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC**                              Case No. _____

                                                    ,

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **02099296** <br><br> **ACS Service Bureau** <br>**226 Lowell Street, Suite A-2** <br>**Wilmington, MA 01887-3073** | | - | | | vendor | | | | 2,989.31 |
| Account No. <br><br> **ADP Inc.** <br>**P.O. Box 9001006** <br>**Louisville, KY 40290-1006** | | | | | vendor | | | | 10,125.35 |
| Account No. <br><br> **AFLAC New York** <br>**22 Corporate Woods Boulevard** <br>**Albany, NY 12211** | | - | | | vendor | | | | 15,745.41 |
| Account No. <br><br> **Airgas East** <br>**P.O. Box 827049** <br>**Philadelphia, PA 19182-7049** | | - | | | vendor | | | | 2,801.54 |

__30__  continuation sheets attached

Subtotal
(Total of this page)                                              **31,661.61**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    S/N:38055-110729   Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC**
,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | vendor | | | | | |
| Alco Sales & Service Co. 6851 High Grove Boulevard Burr Ridge, IL 60527-7579 | | | | | | | | 942.49 |
| Account No. | | - | vendor | | | | | |
| American Glass & Mirror 2055 Military Road Niagara Falls, NY 14304 | | | | | | | | 500.00 |
| Account No. **4781** | | - | vendor | | | | | |
| American Healthtech P.O. Box 12310 Jackson, MS 39236 | | | | | | | | 1,846.33 |
| Account No. **3739** | | - | vendor | | | | | |
| American Homecare Supply, LC P.O. Box 347118 Pittsburgh, PA 15251-4118 | | | | | | | | 11,266.81 |
| Account No. | | - | vendor | | | | | |
| Angelica-Batavia P.O. Box 823283 Philadelphia, PA 19182-3283 | | | | | | | | 25,098.92 |

Sheet no. \_**1**\_\_ of \_**30**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

39,654.55

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | - | refund | | | | |
| Ann Copfer-Buzzard c/o Carla Rueter 1931 Clintonia Avenue San Jose, CA 95125 | | | | | | | | 2,312.50 |
| Account No. | | | - | transportation service | | | | |
| Aries Transportation 100 River Rock Drive, Suite 203 Buffalo, NY 14207 | | | | | | | | 1,550.00 |
| Account No. | | | - | vendor | | | | |
| Arjo Huntleigh Inc. P.O. Box 640799 Pittsburgh, PA 15264-0799 | | | | | | | | 20.69 |
| Account No. **BEST** | | | - | vendor | | | | |
| B.E.S.T. Inc. 3003 Genesee Street Buffalo, NY 14225 | | | | | | | | 936.44 |
| Account No. | | | - | vendor | | | | |
| Bailey Brothers Enterprises 4057 Purdy Road Lockport, NY 14094 | | | | | | | | 1,951.56 |

Sheet no. __2__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 6,771.19

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** ,                    Case No. _____
                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BC BS of Massachusetts** <br>**Attn.: Cash Receipts** <br>**Mail Stop 02-04** <br>**1 Enterprise Drive** <br>**Quincy, MA 02171** | | - | refund | | | | 396.00 |
| Account No. **101026932** <br><br>**Berkadia Commerical Mortgage** <br>**P.O. Box 1687** <br>**Horsham, PA 19044-6687** | X | - | 2008 <br>Guarantee of affiliate mortgage loan | X | X | X | 4,000,000.00 |
| Account No. <br><br>**Betsy Adams** <br>**3009 Cherry Bark Street** <br>**Abilene, TX 79606** | | - | refund | | | | 5,900.00 |
| Account No. **1530** <br><br>**Boulevard Produce** <br>**655 Youngs Street** <br>**Tonawanda, NY 14150** | | - | vendor | | | | 825.57 |
| Account No. <br><br>**Brickyard Pub & BBQ** <br>**432 Center Street** <br>**Lewiston, NY 14092** | | - | vendor | | | | 234.00 |

| | | |
|---|---|---|
| Sheet no. __3__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 4,007,355.57 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC**                    , Case No. _____

                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **01-FC** <br><br> **Buffalo Hospital Supply** <br> **P.O. Box 407** <br> **Buffalo, NY 14225-0407** | | - | | vendor | | | | 43.69 |
| Account No. **15241143** <br><br> **Buffalo News** <br> **One News Plaza** <br> **P.O. Box 5183** <br> **Buffalo, NY 14240-5183** | | - | | subscription | | | | 280.33 |
| Account No. <br><br> **Buffalo Pharmacy Institute** <br> **20 Lawrence Bell Drive** <br> **Buffalo, NY 14221** | | - | | vendor | | | | 33,540.91 |
| Account No. **BUFULT** <br><br> **Buffalo Ultrasound Inc.** <br> **P.O. Box 5196** <br> **Buffalo, NY 14240-5196** | | - | | vendor | | | | 11,955.33 |
| Account No. <br><br> **C.A. Curtz Co.** <br> **1717 East 12th Street** <br> **P.O. Box 797** <br> **Erie, PA 16512** | | - | | vendor | | | | 1,688.98 |

Sheet no. __4__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | **47,509.24**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                ,        Case No. _____

                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Catholic Health-Dept. of Lab Service**<br>**Attn.:  John Emhof - Billing**<br>**2157 Main Street**<br>**Buffalo, NY 14214** | - | | vendor | | | | 22,122.69 |
| Account No. **1769153**<br><br>**Choice One**<br>**P.O Box 415721**<br>**Boston, MA 02241-5721** | - | | vendor | | | | 11.48 |
| Account No. **D60-06191**<br><br>**Cintas Fas Lockbox 636525**<br>**P.O. Box 636525**<br>**Cincinnati, OH 45263-6525** | - | | vendor | | | | 666.85 |
| Account No. **20306075**<br><br>**Citibank (KEY)**<br>**P.O. Box 9004**<br>**Des Moines, IA 50368** | - | | credit card | | | | 9,607.40 |
| Account No.<br><br>**Commissioner of Health New York**<br>**Assessment Fund**<br>**P.O. Box 4757**<br>**Syracuse, NY 13221** | - | | Health Care Facility Assessments | | | | 225,563.06 |

Sheet no. __5__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**257,971.48**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Fairchild Manor Nursing Home, LLC** Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Compliance Signs, Inc.<br>56 South Main Street<br>Chadwick, IL 61014-9425 | - | | vendor | | | | 44.00 |
| Account No. **COPE**<br><br>Copeland Data Systems<br>550 Fillmore Avenue<br>Tonawanda, NY 14150 | - | | vendor | | | | 4,993.40 |
| Account No.<br><br>Crawford Machine & Tool<br>51 Heiler Drive<br>East Aurora, NY 14052-1517 | - | | vendor | | | | 104.77 |
| Account No.<br><br>Crest Healthcare Supply<br>P.O. Box 727<br>195 South Third Street<br>Dassel, MN 55325-0727 | - | | vendor | | | | 914.15 |
| Account No.<br><br>Crest/Good Manufacturing Co., Inc.<br>P.O. Box 468<br>Syosset, NY 11791-0468 | - | | vendor | | | | 205.94 |

Sheet no. _6_ of _30_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) 6,262.26

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                                    Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | vendor | | | | | | |
| **CVS Caremark**<br>**600 Penn Center**<br>**Pittsburgh, PA 15235** | - | | | | | | | | |
| | | | | | | | | | **7,500.00** |
| Account No. | | | legal services | | | | | | |
| **Damon & Morey LLP**<br>**Avant Buiding, Suite 1200**<br>**200 Delaware Avenue**<br>**Buffalo, NY 14202-2150** | - | | | | | | | | |
| | | | | | | | | | **25,472.39** |
| Account No. | | | vendor | | | | | | |
| **Danny Thompson Inc.**<br>**2102 11th Street**<br>**Niagara Falls, NY 14305** | - | | | | | | | | |
| | | | | | | | | | **1,034.91** |
| Account No. | | | vendor | | | | | | |
| **Diversified Services**<br>**2900 Delaware Avenue**<br>**Buffalo, NY 14217** | - | | | | | | | | |
| | | | | | | | | | **202.50** |
| Account No. **102207/CP60Q11108 & Q11109** | | | vendor | | | | | | |
| **Dolphin Capital Corp.**<br>**P.O. Box 644006**<br>**Cincinnati, OH 45264-4006** | - | | | | | | | | |
| | | | | | | | | | **3,089.68** |

Sheet no. __7__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **37,299.48** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                                    ,        Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **EB1291** <br><br> **Eagle Systems, Inc.** <br> **2421 Harlem Road** <br> **Buffalo, NY 14225** | - | | | | vendor | | | | 4,528.14 |
| Account No. <br><br> **Ecolab Pest Elimination Div.** <br> **P.O. Box 6007** <br> **Grand Forks, ND 58206-6007** | - | | | | vendor | | | | 1,972.40 |
| Account No. <br><br> **Educated Healthcare** <br> **9700 The Pines** <br> **Buffalo, NY 14221** | - | | | | vendor | | | | 3,000.00 |
| Account No. <br><br> **Elder Medical Services, P.C.** <br> **c/o Beth Hoerner, Administrator** <br> **132 Cayuga Road** <br> **Buffalo, NY 14225** | - | | | | vendor | | | | 2,500.00 |
| Account No. <br><br> **Eleanor Reele** <br> **1530 Benjamin Drive** <br> **Niagara Falls, NY 14304** | - | | | | Refund | | | | 1,456.57 |

Sheet no. __8__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    13,457.11

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**             ,     Case No. _____

                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Estate of Alfonso Paonessa**<br>**c/o John Paonessa**<br>**2250 Pierce Avenue, Apt. 1**<br>**Niagara Falls, NY 14301** | - | | Refund | | | | 754.00 |
| Account No.<br><br>**Estate of Sharon Carriere**<br>**c/o Corrine Kroenig**<br>**4980 Blackman Road**<br>**Lockport, NY 14094** | - | | Refund | | | | 4,483.80 |
| Account No.<br><br>**Falls Tent & Awning**<br>**P.O. Box 208**<br>**Lewiston, NY 14092** | - | | vendor | | | | 223.20 |
| Account No.<br><br>**FDR Medical Services, PC**<br>**P.O. Box 92249**<br>**Rochester, NY 14692-0249** | - | | vendor | | | | 112.76 |
| Account No. **1094-3083-8**<br><br>**Fedex**<br>**P.O. Box 371461**<br>**Pittsburgh, PA 15250-4746** | - | | vendor | | | | 844.30 |

Sheet no. __9__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                        Subtotal
               (Total of this page)     **6,418.06**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                   Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**                                    Case No. _____
                                            _____,
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | vendor | | | | | |
| **FLTC** **150 State Street, Suite 301** **Albany, NY 12207** | | - | | | | | | 69.00 |
| Account No. | | | vendor | | | | | |
| **Francotyp-Postalia, Inc.** **FP Mailing Solutions** **P.O.Box 4510** **Carol Stream, IL 60197-4510** | | - | | | | | | 359.16 |
| Account No. | | | accounting services | | | | | |
| **Freed Maxick & Battaglia** **800 LIberty Building** **Buffalo, NY 14202** | | - | | | | | | 32,500.00 |
| Account No. | | | vendor | | | | | |
| **Genesee Health Facilities Assoc.** **40 Barrett Drive** **Webster, NY 14580** | | - | | | | | | 90.00 |
| Account No. | | | advertising | | | | | |
| **Get Noticed Promotions** **152 Sonwil Drive** **Buffalo, NY 14225** | | - | | | | | | 487.35 |

Sheet no. __10__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     **33,505.51**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC**            ,     Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **1068452** <br><br> **Global Equipment Company** <br> **P.O. Box 905713** <br> **Charlotte, NC 28290** | - | | | | vendor | | | | 642.23 |
| Account No. **778888** <br><br> **Greater Niagara Newspaper** <br> **P.O. Box 549** <br> **Niagara Falls, NY 14302** | - | | | | subscription | | | | 3,188.78 |
| Account No. **43294** <br><br> **Harbor Linen** <br> **P.O. Box 3510** <br> **Cherry Hill, NJ 08034** | - | | | | vendor | | | | 1,999.62 |
| Account No. **4183** <br><br> **Health Care Industry Trust** <br> **700 Rand Building** <br> **14 Lafayette Square** <br> **Buffalo, NY 14202** | - | | | | vendor | | | | 284,854.01 |
| Account No. **211722-1** <br><br> **Health Care Logistics, Inc.** <br> **Dept. L 2412** <br> **Columbus, OH 43260-2412** | - | | | | vendor | | | | 99.95 |

Sheet no. __11__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      290,784.59

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC**_____,  Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Health System Services, LTD 6867 Williams Road Niagara Falls, NY 14304-3041 | - | | | | | | | 865.00 |
| Account No. | | legal services | | | | | | |
| Hiscock & Barclay, LLP 1100 M & T Center 3 Fountain Plaza Buffalo, NY 14203-1414 | - | | | | | | | 2,525.90 |
| Account No. | | bank fees | | | | | | |
| HSBC Bank Commerical Cash Management One HSBC Center, 12th Floor Buffalo, NY 14203 | - | | | | | | | 1,872.50 |
| Account No. B5726A | | health insurance premiums | | | | | | |
| Independent Health Dept. 264 P.O. Box 8000 Buffalo, NY 14267-0002 | - | | | | | | | 21,462.16 |
| Account No. 08964 | | vendor | | | | | | |
| Irish Carbonic & Welding P.O. Box 409 Buffalo, NY 14212-0490 | - | | | | | | | 7,268.59 |

Sheet no. __12__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **33,994.15**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                                     ,   Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **BF260** | | vendor | | | | | | |
| Iron Mountain Record Management P.O. Box 27128 New York, NY 10087-7128 | - | | | | | | | 4,094.82 |
| Account No. **250** | | vendor | | | | | | |
| J H Dodman Co., Inc. 116 Michigan Avenue Buffalo, NY 14204 | - | | | | | | | 173.95 |
| Account No. **709** | | vendor | | | | | | |
| Joe Niccola's Lawn Service 3410 Creek Road Youngstown, NY 14174 | - | | | | | | | 680.40 |
| Account No. | | | | | | | | |
| John H. Clark, MD P.O. Box 494 Lewiston, NY 14092 | - | | | | | | | 13,145.00 |
| Account No. | | vendor | | | | | | |
| John W. Sutton 904 Sycamore Street Niagara Falls, NY 14304 | - | | | | | | | 1,377.63 |

Sheet no. __**13**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,471.80

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** , Case No. _____
_____
                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | vendor | | | | |
| Kaleida Health Attn.: Maureen/Yvonne 726 Exchange Street, Suite 300 Buffalo, NY 14210 | | - | | | | | | 35.51 |
| Account No. | | | | legal services | | | | |
| Kavinoky, Cook LLP 726 Exchange Street, Suite 800 Buffalo, NY 14210 | | - | | | | | | 65,000.00 |
| Account No. | | | | vendor | | | | |
| Kenny Carpets 2262 Union Road Buffalo, NY 14227 | | - | | | | | | 1,400.00 |
| Account No. **LAS** | | | | vendor | | | | |
| Laser Solutions Inc. 136 Walnut Street Lockport, NY 14094-3722 | | - | | | | | | 347.76 |
| Account No. **FAIR-25** | | | | vendor | | | | |
| Lawley Services, Inc. 361 Delaware Avenue Buffalo, NY 14202 | | - | | | | | | 1,684.00 |

Sheet no. __14__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **68,467.27**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                ,     Case No. _____

                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| **Linstar**<br>**430 Lawrence Bell Drive**<br>**Buffalo, NY 14221-7085** | - | | | | | | | 421.76 |
| Account No. **C4167** | | vendor | | | | | | |
| **Liturgical Publications Inc.**<br>**4560 East 71st Street**<br>**Cuyahoga Heights, OH 44105-5604** | - | | | | | | | 438.00 |
| Account No. **Lockport** | | vendor | | | | | | |
| **Lockport Home Medical**<br>**21 Main Street**<br>**Lockview Plaza**<br>**Lockport, NY 14094** | - | | | | | | | 589.95 |
| Account No. | | vendor | | | | | | |
| **Marchese Computer Products, Inc.**<br>**220 Ellicott Street**<br>**Batavia, NY 14020** | - | | | | | | | 60.00 |
| Account No. | | vendor | | | | | | |
| **MC Healthcare Products Inc.**<br>**4658 Ontario Street**<br>**Beamsville, Ontario  LOR 1B4**<br>**CANADA** | - | | | | | | | 707.94 |

Sheet no. __**15**__ of __**30**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                Subtotal
                            (Total of this page)      **2,217.65**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC**                    , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **MCC** | | | vendor | | | | | |
| McClure Dental Servcies 84 W. Utica Street Buffalo, NY 14209 | - | | | | | | | 5,975.00 |
| Account No. | | | vendor | | | | | |
| MDS Consultants 137 Rae Drive Rochester, NY 14626 | - | | | | | | | 385.00 |
| Account No. **001978** | | | vendor | | | | | |
| MED Pass Inc. 10800 Industry Lane Miamisburg, OH 45342 | - | | | | | | | 324.21 |
| Account No. | | | vendor | | | | | |
| Mercy Hospital of Buffalo 565 Abbott Road Buffalo, NY 14220 | - | | | | | | | 14.62 |
| Account No. | | | vendor | | | | | |
| Mobile Diagnostic Testing Servcies d/b/a Health Trac P.O. Box 8000-445 Buffalo, NY 14267 | - | | | | | | | 11,635.77 |

Sheet no. __16__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          18,334.60

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**               ,      Case No. _____

                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1783.000**<br><br>**Modern Disposal Services Inc.**<br>**P.O. Box 209**<br>**Model City, NY 14107** | - | | | vendor | | | | 736.74 |
| Account No. **199759**<br><br>**Morgan Services, Inc.**<br>**325 Louisiana Street**<br>**Buffalo, NY 14204** | - | | | vendor | | | | 12,075.00 |
| Account No.<br><br>**Mount St. Mary's Hosp. & Health Center**<br>**Attn.: Finance Dept.**<br>**5300 Military Road**<br>**Lewiston, NY 14092** | - | | | vendor | | | | 462.71 |
| Account No.<br><br>**MVP Health Care, Inc.**<br>**220 Alexander Street**<br>**Rochester, NY 14607** | - | | | vendor | | | | 14,551.21 |
| Account No.<br><br>**National Benefit Life Ins. Co.**<br>**One Court Square**<br>**Long Island City, NY 11120-0001** | - | | | vendor | | | | 14,025.32 |

Sheet no. \_\_**17**\_\_ of \_\_**30**\_\_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                Subtotal<br>(Total of this page)      41,850.98

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com             Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**           ,    Case No. _____

                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| National Health Debt Solutions P.O. Box 20 Buffalo, NY 14231-0020 | - | | | | | | | 520.00 |
| Account No. | | vendor | | | | | | |
| New York Association of Homes & Services for the Aging 150 State Street, Suite 301 Albany, NY 12207-1698 | - | | | | | | | 3,375.00 |
| Account No. | | Fines for untimely payment of payroll | | | | | | |
| New York State Dept. of Labor State Office Building Campus Bldg. 12, Rm. 185B Albany, NY 12240 | - | | | | | | | 150,000.00 |
| Account No. **NCDSS** | | refund | | | | | | |
| Niagara County Dept. of Social Services P.O. Box 406 Lockport, NY 14095 | - | | | | | | | 5,914.75 |
| Account No. | | vendor | | | | | | |
| Niagara Falls Memorail Medical Center P.O. Box 708 Niagara Falls, NY 14302 | - | | | | | | | 363.44 |

Sheet no. __18__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **160,173.19**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC** _____,  Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **NIAFAL** <br><br> **Niagara Falls Reporter** <br> **1625 Buffalo Avenue** <br> **Niagara Falls, NY 14303** | | - | | | subscriptiosn | | | | 2,500.00 |
| Account No. <br><br> **Niagara Hospice, Inc.** <br> **4675 Sunset Drive** <br> **Lockport, NY 14094** | | - | | | professional fees | | | | 18,591.02 |
| Account No. <br><br> **North American Transcription** <br> **1866 Leithsville Road, Box 167** <br> **Hellertown, PA 18055** | | - | | | vendor | | | | 310.59 |
| Account No. **WCB EMP 1085175** <br><br> **NYS Workers Compensation Board** <br> **Finance Office Room 301** <br> **20 Park Street** <br> **Albany, NY 12207** | | - | | | 2001 premiums | | | X | 8,524.00 |
| Account No. **402693931-1B** <br><br> **NYS Workers Compensation Board** <br> **c/o RMS** <br> **One Exchange Plaza** <br> **55 Broadway Suite 201** <br> **New York, NY 10006** | | - | | | 2011 Duplicate claim. | | | X | 0.00 |

Sheet no. __19__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **29,925.61**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**                                    Case No. _____
                                                      ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1421** <br><br> **NYSHFA** <br> **33 Elk Street, Suite 300** <br> **Albany, NY 12207-1010** | | - | | vendor | | | | 14,420.08 |
| Account No. **NYSHFA #10** <br><br> **NYSHFA District 10** <br> **P.O. Box 1875** <br> **Buffalo, NY 14231-1875** | | - | | vendor | | | | 700.00 |
| Account No. **OCC** <br><br> **Occupational Health Care Services** <br> **621 Tenth Street** <br> **Niagara Falls, NY 14302** | | - | | vendor | | | | 28,809.64 |
| Account No. <br><br> **Office Depot** <br> **P.O Box 88040** <br> **Chicago, IL 60680-1040** | | - | | vendor | | | | 1,274.31 |
| Account No. **5030899 / 1769153** <br><br> **One Communications** <br> **P.O. Box 415721** <br> **Boston, MA 02241-5721** | | - | | vendor | | | | 6,609.04 |

Sheet no. __20__ of __30__ sheets attached to Schedule of                Subtotal
Creditors Holding Unsecured Nonpriority Claims                          (Total of this page)          51,813.07

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                                    ,        Case No. _____

                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3399662** <br><br> **One Communications** <br> **P.O. Box 1927** <br> **Albany, NY 12201-1927** | | - | | vendor | | | | 3,913.80 |
| Account No. <br><br> **Optimasolutions2/Tray Card System** <br> **210 S. 13trh Street, Suite B** <br> **Griffin, GA 30224** | | - | | vendor | | | | 1,250.00 |
| Account No. <br><br> **Orleans/Niagara Boces** <br> **Attn.:  Terry Josker** <br> **3181 Saunders Settlement Road** <br> **Sanborn, NY 14132** | | - | | vendor | | | | 5,555.00 |
| Account No. <br><br> **Penn Emblem** <br> **Box 510801** <br> **Philadelphia, PA 19175-0801** | | - | | vendor | | | | 195.32 |
| Account No. <br><br> **Pesi Healthcare** <br> **P.O. Box 900** <br> **Eau Claire, WI 54702-0900** | | - | | vendor | | | | 813.90 |

Sheet no. __21__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal <br> (Total of this page)          **11,728.02**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**                ,      Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **PLA** <br><br> **Plant Emporium** <br> **425 Onondaga Street** <br> **Lewiston, NY 14092** | | - | | | vendor | | | | 717.15 |
| Account No. <br><br> **Povinelli Cutlery & Sharpening Service** <br> **3810 Union Road** <br> **Buffalo, NY 14225** | | - | | | vendor | | | | 333.08 |
| Account No. **03005** <br><br> **Praxair Distribution, Inc.** <br> **Dept. 0812** <br> **P.O. Box 120812** <br> **Dallas, TX 75312-0812** | | - | | | vendor | | | | 464.21 |
| Account No. **81133** <br><br> **Precision Dynamics Corp.** <br> **13880 Del Sur Street** <br> **San Fernando, CA 91340-3490** | | - | | | vendor | | | | 305.98 |
| Account No. <br><br> **Precision Scale & Balance** <br> **140 Rotech Drive** <br> **Lancaster, NY 14086** | | - | | | vendor | | | | 365.58 |

Sheet no. __22__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)      2,186.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com        Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | vendor | | | | | | |
| Professional Laundry Sys. West Inc. 3655 California Road Orchard Park, NY 14127 | - | | | | | | | 717.26 |
| Account No. | | vendor | | | | | | |
| Professional Medical, Inc. 1917 Garnet Court New Lenox, IL 60451 | - | | | | | | | 8,162.04 |
| Account No. 00716631 | | vendor | | | | | | |
| Quest Diagnostics 2178 Collection Center Drive Chicago, IL 60693 | - | | | | | | | 8,922.53 |
| Account No. | | refund | | | | | | |
| Rosaline Tabone 208 Beckwith Avenue Niagara Falls, NY 14304 | - | | | | | | | 1,500.00 |
| Account No. 479-926-7 SFH | | vendor | | | | | | |
| RSM McGladrey 800 Liberty Building 424 Main Street Buffalo, NY 14202-3508 | - | | | | | | | 12,418.00 |

Sheet no. __23__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 31,719.83

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC** ,        Case No. _____
                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **RURAL** <br><br> **Rural/Metro Medical Services** <br>**Attn.:  Althea Marshal** <br>**481 William Gaiter Parkway** <br>**Buffalo, NY 14215** | | - | | | vendor | | | | 150.00 |
| Account No. <br><br> **Ruskin Moscou Faltischek, P.C.** <br>**1425 Rexcorp Plaza** <br>**Uniondale, NY 11556-1425** | | - | | | legal services | | | | 3,872.27 |
| Account No. <br><br> **Safeguard Business Systems** <br>**P.O. Box 88043** <br>**Chicago, IL 60680-1043** | | - | | | vendor | | | | 491.83 |
| Account No. <br><br> **Scipione Catering LLC** <br>**3010 Pine Avenue** <br>**Niagara Falls, NY 14301** | | - | | | vendor | | | | 2,485.15 |
| Account No. FHA No. 014-22020 <br><br> **Secretary of Housing and Urban Devel.** <br>**c/o Multifamily Payment Processing** <br>**P.O. Box 530256** <br>**Atlanta, GA 30353-0256** | X | - | | | **2008** <br>**Duplicate claim of Berkadia** | X | X | X | 0.00 |

Sheet no. __24__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,999.25

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re **Fairchild Manor Nursing Home, LLC**                    Case No. _____

_____,
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shred-It** <br> **440 Lawrence Bell Drive, Suite #2** <br> **Buffalo, NY 14221** | - | | | vendor | | | | 238.14 |
| Account No. <br><br> **Social Security Administration** <br> **P.O. Box 3430** <br> **Philadelphia, PA 19122-9985** | - | | | refund | | | | 788.00 |
| Account No. <br><br> **Southworth-Milton, Inc.** <br> **P.O. Box 3851** <br> **Boston, MA 02241-3851** | - | | | vendor | | | | 869.40 |
| Account No. **31864** <br><br> **Speciality Steak Service/Curtze Foods** <br> **1717 E. 12th Street** <br> **P.O. Box 797** <br> **Erie, PA 16512** | - | | | vendor | | | X | 8,000.00 |
| Account No. **RCH 943615** <br><br> **Staples Busines Advantage** <br> **Dept. ROC 85102** <br> **P.O. Box 30851** <br> **Hartford, CT 06150-0851** | - | | | vendor | | | | 2,004.32 |

Sheet no. __25__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **11,899.86**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re   **Fairchild Manor Nursing Home, LLC**             ,    Case No. _____

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC (Husband, Wife, Joint, or Community) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Stericycle**<br>**P.O. Box 9001590**<br>**Louisville, KY 40290-1591** | - | | vendor | | | | 1,254.75 |
| Account No.<br><br>**Sunset Fruit & Vegetable Co., Inc.**<br>**1443 Clinton Street**<br>**Buffalo, NY 14206** | - | | vendor | | | | 736.10 |
| Account No.<br><br>**Superior Products Co.**<br>**P.O. Box 623**<br>**East Aurora, NY 14052** | - | | vendor | | | | 1,082.05 |
| Account No.<br><br>**T Grana & Son, Inc.**<br>**2610 Pine Avenue**<br>**Niagara Falls, NY 14301** | - | | vendor | | | | 2,200.00 |
| Account No. **TAX**<br><br>**Tax Credit Processing Center**<br>**P.O. Box 8427**<br>**Gadsden, AL 35902** | - | | vendor | | | | 1,086.62 |

Sheet no. __26__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **6,359.52**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC**                              , Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **680943** <br><br> **The Hartford - Priority Accounts** <br> **Group Benefits Divisoin** <br> **P.O. Box 8500-3690** <br> **Philadelphia, PA 19178-3690** | - | | | insurance premiums | | | | 306.95 |
| Account No. <br><br> **The Partnership, Ltd.** <br> **11 Pinchot Court, Suite 100** <br> **Buffalo, NY 14228** | - | | | advertising | | | | 165.00 |
| Account No. **1232739-01-001** <br><br> **Time Warner Cable** <br> **P.O. Box 1270** <br> **Buffalo, NY 14240-1270** | - | | | utility | | | | 11,377.77 |
| Account No. <br><br> **Time Warner Cable** <br> **P.O. Box 371877** <br> **Pittsburgh, PA 15250-0877** | - | | | utility | | | | 110.48 |
| Account No. <br><br> **Toshiba America Business Solutions** <br> **P.O. Box 642111** <br> **Pittsburgh, PA 15264-2111** | - | | | vendor | | | | 688.76 |

Sheet no. __27__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     12,648.96

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

In re  **Fairchild Manor Nursing Home, LLC**
_____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **436200**<br><br>U. S. Food Service<br>125 Gardenville Parkway West<br>Buffalo, NY 14224 | | - | | vendor | | | | 41,386.51 |
| Account No.<br><br>Univ. @ Buffalo Surgeons, Inc.<br>P.O. Box 8000, Dpet. 313<br>Buffalo, NY 14267 | | - | | vendor | | | | 68.69 |
| Account No. **22002**<br><br>Upstate Farms Cooperative<br>P.O. Box 650<br>Buffalo, NY 14225 | | - | | vendor | | | | 9,853.34 |
| Account No.<br><br>Vecmar Computer Solutions<br>7595 Jenther Drive<br>Mentor, OH 44060 | | - | | vendor | | | | 587.71 |
| Account No. **various**<br><br>Verizon<br>P.O. Box 15124<br>Albany, NY 12212-5124 | | - | | utility | | | | 6,380.05 |

Sheet no. __28__ of __30__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

58,276.30

In re **Fairchild Manor Nursing Home, LLC**                                Case No. _____
                                                    ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 769000651300461505  <br><br>Verizon Online <br>PO. Box 920041 <br>Dallas, TX 75392-0041 | - | | | utility | | | | 506.85 |
| Account No. 985893354-00001  <br><br>Verizon Wireless <br>P.O. Box 408 <br>Newark, NJ 07101-0408 | - | | | utility | | | | 1,565.48 |
| Account No. VIL  <br><br>Village Blossoms Inc. <br>134 Jackson Street <br>Youngstown, NY 14174 | - | | | vendor | | | | 513.00 |
| Account No. 25-765  <br><br>Village of Lewiston Inc. <br>145 N. 4th Street <br>Lewiston, NY 14092 | - | | | vendor | | | | 49,915.70 |
| Account No. 26209  <br><br>We Care Health & Human Services <br>401 East Amherst Street <br>Buffalo, NY 14215 | - | | | transportation service | | | | 298.00 |

Sheet no. __29__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **52,799.03**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

In re __Fairchild Manor Nursing Home, LLC__ , Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | legal services | | | | |
| Webster Szanyi LLP The Beard Law Office 1400 Liberty Building Buffalo, NY 14202 | - | | | | | | | 2,992.00 |
| Account No. | | | | refund | | | | |
| William Ford c/o Michael Ford 100 Paul Drive Buffalo, NY 14228 | - | | | | | | | 9,040.00 |
| Account No. WNY Mutual | | | | vendor | | | | |
| WNY Mutual Aid Plan Greenfield Health & Rehabilitation 5949 Broadway Lancaster, NY 14086 | - | | | | | | | 100.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __30__ of __30__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 12,132.00 |
| | Total (Report on Summary of Schedules) | 5,411,647.74 |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com
Best Case Bankruptcy

.

In re    **Fairchild Manor Nursing Home, LLC**                   ,       Case No. _____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

0

continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                              Best Case Bankruptcy

In re    **Fairchild Manor Nursing Home, LLC**             ,     Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Lewiston Properties, LLC**<br>**2302 Wehrle Dr.**<br>**Williamsville, NY 14221** | **Berkadia Commerical Mortgage**<br>**P.O. Box 1687**<br>**Horsham, PA 19044-6687** |
| **Lewiston Properties, LLC**<br>**2302 Wehrle Dr.**<br>**Williamsville, NY 14221** | **Secretary of Housing and Urban Devel.**<br>**c/o Multifamily Payment Processing**<br>**P.O. Box 530256**<br>**Atlanta, GA 30353-0256** |
| **Marc Korn**<br>**2302 Wherle**<br>**Williamsville, NY 14221** | **General Electic Capital**<br>**20225 Watertower Blvd.**<br>**Brookfield, WI 53045** |
| **Marc Korn**<br>**2302 Wherle**<br>**Williamsville, NY 14221** | **Chase Auto Finance**<br>**P.O. Box 901076**<br>**Fort Worth, TX 76101-2076** |
| **Marc Korn**<br>**2302 Wherle**<br>**Williamsville, NY 14221** | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** |

**0**

        continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                         Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re __Fairchild Manor Nursing Home, LLC__

Debtor(s)

Case No. _____

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

   I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___46___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August 26, 2011__

Signature __/s/ Marc Korn__

**Marc Korn**
**Managing Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com     Best Case Bankruptcy

Case 1-11-13013-MJK   Doc 1   Filed 08/30/11   Entered 08/30/11 15:52:35   Desc Main
Document   Page 53 of 92

# United States Bankruptcy Court
## Western District of New York

In re    **Fairchild Manor Nursing Home, LLC**                Case No.

                                               Debtor(s)       Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$2,596,131.00** | **2011 YTD: Operations** |
| **$6,130,430.00** | **2010: Operations** |
| **$6,553,170.00** | **2009: Operations** |

---

**2. Income other than from employment or operation of business**

None    ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

            AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

 a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

 b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment** | | **$0.00** | **$0.00** |

None
☐

 c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See Attachment and response to #23 below** | | **$0.00** | **$0.00** |

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

 a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Evans Bank, N.A. v. Fairchild Manor Nursing Home, LLC Index No. 2011/603642** | **Collection Action** | **NYS Supreme Court, Erie County** | **Order to Show Cause returnable on 8/31/11** |
| **BPNY Acquisition Corp. v. Fairchild Manor Nursing Home, LLC et al. Index No. 800036/2010** | **Collection Action/Counter Claim arising from alleged overcharges** | **NYS Supreme Court, Erie County** | **Issue joined** |
| **Buffalo Pharmacies Inc. v. Fairchild Manor Nursing Home, LLC Index No. 2011/603135** | **Collection Action** | **NYS Supreme Court, Erie County** | **Summons and Complaint served** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com  Best Case Bankruptcy

Case 1-11-13013-MJK Doc 1 Filed 08/30/11 Entered 08/30/11 15:52:35 Desc Main Document Page 55 of 92

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **General Electric Capital Corporation v. Fairchild Nursing Home, LLC et al. Index No. 144288** | **Collection Action** | **NYS Supreme Court, Niagara County** | **Summons and Complaint served** |
| **SimplexGrinnell North v. Fairchild Manor Nursing Home LLC Index No. 602027/2011** | **Collection Action** | **NYS Supreme Court, Erie County** | **Issue joined** |
| **Christman v. Fairchild Manor Nursing Home LLC Index No. 131914/2008** | **Medical Malpractice** | **NYS Supreme Court, Niagara County** | **Issue joined** |
| **Rohr v. Fairchild Manor Nursing Home, LLC Index No. 140135/2010** | **Medical Malpractice** | **NYS Supreme Court, Niagara County** | **Issue joined** |
| **Morgan Services, Inc. v. Fairchild Manor Nursing Home, LLC Index No. 2009/4973** | **collection action** | **Erie County Court** | **Judgment entered 11/23/10 in the amount of $26,135.00** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Specialty Steak Service/Curtze 1717 East 12th Street Erie, PA 16512** | **8/11** | **$6,000 seized from Debtor's bank account** |

**5. Repossessions, foreclosures and returns**

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Amigone, Sanchez & Mattrey, LLP**<br>**1300 Main Place Tower**<br>**350 Main Street**<br>**Buffalo, NY 14202** | **7/11** | **$26,039 - for attorneys fees and filing fees associated with this proceeding.** |

**10. Other transfers**

None ☐ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Northtown Automotive**<br><br>**Third Party Dealer** | **8/11** | **2002 Ford bus sold for $3,000** |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **M&T Bank** | **5 checking accounts were closed and balances to transferred to newly established accounts at HSBC Bank** | **October, 2010 - roughly $50,000 spread between subject accounts.** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Fairchild Manor Nursing Home, LLC** | 16-1591860 | **765 Fairchild Place Lewiston, NY 14092** | **Skilled Nursing Facility** | **1966 - 6/2011** |

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS | DATES SERVICES RENDERED
**Freed Maxick & Battaglia** | **2009**
**800 Llberty Building**
**Buffalo, NY 14202**

None ☐ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME | ADDRESS | DATES SERVICES RENDERED
**NYS Office of Medicaid Inspector General** | **584 Delaware Ave., 2nd floor Buffalo, NY 14202** | **2009 - present**
**Freed Maxick & Battaglia** | **800 Llberty Building Buffalo, NY 14202** | **2009 - completed audit of calendar year 2008 and prepared financial statements.**

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME | ADDRESS

None ☐ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS | DATE ISSUED
**Center for Medicare and Medicaid Service** | **5/10 (furnished financial statement for 2009), 5/11 (furnished financial statement for 2010)**

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis)
**12/31/10** | | **food $13,247; medical $6,504; dietary $1,237; laundary $657; housekeeping $984**
**12/31/09** | | **food $17,729; medical $8,618; dietary $1,969; laundary $0; housekeeping $1,212**

None
☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **12/31/10** | **Debtor** |
| **12/31/09** | **Debtor** |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None
☐    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| **Marc Korn**<br>**2302 Wherle Dr.**<br>**Williamsville, NY 14221** | **Member Interest** | **100%** |

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Marc Korn**<br>**2302 Wherle Dr.**<br>**Williamsville, NY 14221**<br>  **Principal** | **8/5/10, 9/17/10, 9/30/10, 10/26/10, 11/23/10** | **$1,400, $3,500, $2,631, $2,000, $3,565, respectively** |

---

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ☐  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND
**Senior Associates Retirement Plan (401(k) Plan)**

TAXPAYER IDENTIFICATION NUMBER (EIN)
**16-1537907**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 26, 2011**

Signature **/s/ Marc Korn**
**Marc Korn**
**Managing Member**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

*Note: This report includes only the selection criteria listed below.*
Check Date From 5/12/2011 Thru 8/14/2011

ATTACHMENT 3A

### Cash Disbursements Journal
### 1011-050 Cash in Bank-HSBC Remitt/Operating
Fairchild Manor (03)

*Sort Order: Check Number*

| Vendor | Date Entered | Check Date | Void Date | GL Month | Check Number | Check Amount | Account | Amount | Invoice ID |
|---|---|---|---|---|---|---|---|---|---|
| **O`Connell and Aronowitz (O`CONNELL)** | | | | | | | | | |
| | 8/2/11 | 8/2/11 | | | 3249 M | $1,000.00 | 8350-300 | $1,000.00 | |
| **MERCEDES-BENZ OF BUFFALO (MER)** | | | | | | | | | |
| | 5/17/11 | 5/13/11 | | | 22170 M | $2,572.12 | 2362-010 | $2,572.12 | |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/12/11 | 5/12/11 | | | 22177 M | $2,170.06 | 2021-000 | $2,170.06 | Feb 2011 |
| **ANGELICA-BATAVIA (ANGELICA)** | | | | | | | | | |
| 2/6-12/2011 | 5/12/11 | 5/12/11 | | | 22178 M | $3,000.00 | 2021-000 | $452.49 | 2000031971 |
| 2/13-19/2011 | | | | | | | 2021-000 | $399.85 | 2000032130 |
| 2/20-26/2011 | | | | | | | 2021-000 | $623.48 | 2000032273 |
| 2/27-3/5/2011 | | | | | | | 2021-000 | $425.36 | 2000032427 |
| 3/6 - 12/2011 | | | | | | | 2021-000 | $425.36 | 2000032599 |
| 3/13 - 19/2011 | | | | | | | 2021-000 | $425.36 | 2000032758 |
| 3/20 - 26/2011 | | | | | | | 2021-000 | $248.10 | 2000032913 |
| **CATHOLIC HEALTH-DEPT OF LAB SERVICE (CATH)** | | | | | | | | | |
| | 5/16/11 | 5/16/11 | | | 22179 M | $500.00 | 2021-000 | $500.00 | MAY 09 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/16/11 | 5/13/11 | | | 22180 M | $1,110.24 | 2021-000 | $1,110.24 | Feb 2011 |
| | 5/16/11 | 5/16/11 | | | 22181 M | $2,275.15 | 2021-000 | $2,275.15 | Feb 2011 |
| **GLORIA CORTELLINI (CORTELLINI)** | | | | | | | | | |
| PAULINE CORTELLINI/REFUND | 5/16/11 | 5/16/11 | | | 22182 M | $8,450.00 | 2021-000 | $8,450.00 | REFUND |
| **ANGELICA-BATAVIA (ANGELICA)** | | | | | | | | | |
| 3/20 - 26/2011 | 5/16/11 | 5/16/11 | | | 22183 M | $500.00 | 2021-000 | $371.49 | 2000032913 |
| 4/3 - 9/2011 | | | | | | | 2021-000 | $128.51 | 2000033232 |
| **STOR-PARK OF WNY (STOR)** | | | | | | | | | |
| | 5/16/11 | 5/16/11 | | | 22184 M | $3,112.00 | 2021-000 | $240.00 | 64210 |
| | | | | | | | 2021-000 | $240.00 | 64274 AUG 10 |
| | | | | | | | 2021-000 | $1,432.00 | Balance 2010 |
| | | | | | | | 2021-000 | $1,200.00 | 1/1/11-5/31/11 |
| **NIAGARA FALLS REPORTER (NIAFAL)** | | | | | | | | | |
| | 7/6/11 | 5/17/11 | 7/6/11 | | 22185 V | ($2,000.00) | 2021-000 | ($500.00) | 30296 |
| | | | | | | | 2021-000 | ($500.00) | 30300 |
| | | | | | | | 2021-000 | ($500.00) | 30309 |
| | | | | | | | 2021-000 | ($500.00) | 30321 |
| | 5/17/11 | 5/17/11 | | | 22185 M | $2,000.00 | 2021-000 | $500.00 | 30296 |
| | | | | | | | 2021-000 | $500.00 | 30300 |
| | | | | | | | 2021-000 | $500.00 | 30309 |
| | | | | | | | 2021-000 | $500.00 | 30321 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/17/11 | 5/17/11 | | | 22186 M | $215.64 | 2021-000 | $215.64 | Feb 2011 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| PO 09-1944 | 5/17/11 | 5/12/11 | | | 22187 M | $1,137.15 | 2021-000 | $633.66 | 10244532 |
| PO 11 | | | | | | | 2021-000 | $274.59 | 10244706 |
| PO 09-1949 | | | | | | | 2021-000 | $228.90 | 10244708 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/18/11 | 5/18/11 | | | 22188 M | $657.14 | 2021-000 | $657.14 | Feb 2011 |
| **CATHOLIC HEALTH-DEPT OF LAB SERVICE (CATH)** | | | | | | | | | |
| | 5/19/11 | 5/19/11 | | | 22189 M | $520.09 | 2021-000 | $520.09 | MAY 09 |
| | 5/19/11 | 5/19/11 | | | 22190 M | $500.00 | 2021-000 | $500.00 | JUNE 09 |

# Cash Disbursements Journal
## 1011-050 Cash in Bank-HSBC Remitt/Operating
Fairchild Manor (03)

*Sort Order: Check Number*

| Vendor | Date Entered | Check Date | Void Date | GL Month | Check Number | Check Amount | Account | Amount | Invoice ID |
|---|---|---|---|---|---|---|---|---|---|
| **AMERICAN HEALTHTECH (AMHEAL)** | | | | | | | | | |
| | 5/19/11 | 5/19/11 | | | 22191 M | $816.23 | 2021-000 | $400.75 | 61884 |
| | | | | | | | 2021-000 | $415.48 | 64281 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/19/11 | 5/19/11 | | | 22192 M | $2,958.72 | 2021-000 | $2,076.59 | Feb 2011 |
| | | | | | | | 2021-000 | $882.13 | March 2011 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| TAX CORRECT INV#10244706 | 5/24/11 | 5/19/11 | | | 22206 M | $998.61 | 2021-000 | $16.31 | 10245722 |
| TAX ADJMT 10244708 | | | | | | | 2021-000 | $20.03 | 10245723 |
| PO 11 | | | | | | | 2021-000 | $555.82 | 10245860 |
| PO 09-1950 | | | | | | | 2021-000 | $406.45 | 10245861 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/24/11 | 5/24/11 | | | 22207 M | $1,830.43 | 2021-000 | $1,830.43 | March 2011 |
| | 5/25/11 | 5/25/11 | | | 22208 M | $559.05 | 2021-000 | $559.05 | March 2011 |
| **U S FOOD SERVICE (USFOOD)** | | | | | | | | | |
| ORDER # 115347 | 5/26/11 | 5/12/11 | | | 22209 M | $4,500.00 | 2021-000 | $76.65 | 1558329 |
| | | | | | | | 2021-000 | $45.63 | 1609659 |
| ORDER # 119476 | | | | | | | 2021-000 | $3,635.76 | 1831779 |
| ORDER # 119477 | | | | | | | 2021-000 | $53.14 | 1847505 |
| ORDER # 123615 | | | | | | | 2021-000 | $688.82 | 1946520 |
| ORDER # 123615 | 5/26/11 | 5/16/11 | | | 22210 M | $4,500.00 | 2021-000 | $3,094.26 | 1946520 |
| ORDER # 127549 | | | | | | | 2021-000 | $1,405.74 | 2154113 |
| ORDER # 127549 | 5/26/11 | 5/25/11 | | | 22211 M | $4,500.00 | 2021-000 | $2,146.33 | 2154113 |
| ORDER #131726 | | | | | | | 2021-000 | $2,353.67 | 2365340 |
| **Buffalo Pharmacy Inst. (BUFFALOPHA)** | | | | | | | | | |
| | 5/26/11 | 5/26/11 | | | 22212 M | $2,834.78 | 2021-000 | $2,834.78 | March 2011 |
| | 5/31/11 | 5/31/11 | | | 22213 M | $607.52 | 2021-000 | $607.52 | March 2011 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| PO 11 | 5/31/11 | 5/26/11 | | | 22214 M | $1,000.00 | 2021-000 | $17.16 | 10245860 |
| REF INV 10241897 | | | | | | | 2021-000 | $25.64 | 10246134 |
| REF INV # 10241898 | | | | | | | 2021-000 | $2.73 | 10246414 |
| | | | | | | | 2021-000 | ($17.16) | 10245860 CM |
| | | | | | | | 2021-000 | $80.41 | 10246970 |
| PO 09-1951 | | | | | | | 2021-000 | $354.80 | 10247110 |
| PO 11-1010 | | | | | | | 2021-000 | $553.27 | 10247111 |
| | | | | | | | 2021-000 | ($93.23) | 10247111 CM |
| PO 11 | | | | | | | 2021-000 | $76.38 | 10248342 |
| **NATIONAL FUEL (NAT)** | | | | | | | | | |
| 1/26-2/25/2011 | 6/6/11 | 6/3/11 | | | 22216 M | $6,985.10 | 2021-000 | $4,446.58 | 1/26-2/25/11 |
| 2/25 - 3/25/2011 | | | | | | | 2021-000 | $2,538.52 | 2/25-3/25/2011 |
| **C. A. CURTZE CO. (CURTZE)** | | | | | | | | | |
| PO 10-1245-46 | 6/7/11 | 6/7/11 | | | 22217 M | $1,000.00 | 2021-000 | $1,000.00 | 169405 |
| **MODERN DISPOSAL SERVICES INC (MOD)** | | | | | | | | | |
| | 6/7/11 | 6/7/11 | | | 22218 M | $1,988.60 | 2021-000 | $957.86 | 127172 |
| | | | | | | | 2021-000 | $33.29 | 127173 |
| | | | | | | | 2021-000 | $964.01 | 146502 |
| | | | | | | | 2021-000 | $33.44 | 146503 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| PO 11 | 6/7/11 | 6/2/11 | | | 22219 M | $1,412.68 | 2021-000 | $279.71 | 10248342 |
| PO 11-1022 | | | | | | | 2021-000 | $80.41 | 10249227 |
| PO 11-1016 | | | | | | | 2021-000 | $512.97 | 10249679 |
| PO 09-1953 | | | | | | | 2021-000 | $547.14 | 10249680 |
| PO 11-1016 | | | | | | | 2021-000 | ($7.55) | 10249679 CM |

### Cash Disbursements Journal
**1011-050 Cash in Bank-HSBC Remitt/Operating**
Fairchild Manor (03)

Page 3 of 5
8/17/11  3:44 PM
ApJournalCD

*Sort Order: Check Number*

| Vendor | Date Entered | Check Date | Void Date | GL Month | Check Number | Check Amount | Account | Amount | Invoice ID |
|---|---|---|---|---|---|---|---|---|---|
| **ADP INC (ADP)** | | | | | | | | | |
| 694872 | 6/9/11 | 5/13/11 | | | 22223 M | $346.25 | 8319-690 | $346.13 | |
| 694872 | | | | | | | 8420-830 | $0.12 | |
| **RUSKIN MOSCOU FALTISCHEK P.C. (RUSKIN)** | | | | | | | | | |
| PROF SERV THRU 1/31/2011 | 6/9/11 | 5/17/11 | | | 22224 M | $250.00 | 2021-000 | $250.00 | 6061618 |
| **SHRED-IT (SHRED)** | | | | | | | | | |
| | 6/9/11 | 5/19/11 | | | 22225 M | $238.14 | 2021-000 | $119.07 | 05269830 |
| | | | | | | | 2021-000 | $119.07 | 05269831 |
| **OFFICE DEPOT (OFFICEDEP)** | | | | | | | | | |
| 564835935-001 | 6/9/11 | 5/19/11 | | | 22226 M | $272.79 | 8310-550 | $252.58 | |
| 564835935-001 | | | | | | | 8420-830 | $20.21 | |
| **ADP INC (ADP)** | | | | | | | | | |
| 705303 | 6/9/11 | 5/20/11 | | | 22227 M | $80.14 | 8319-690 | $80.01 | |
| 705303 | | | | | | | 8420-830 | $0.13 | |
| 716100 | 6/9/11 | 5/26/11 | | | 22228 M | $80.14 | 8319-690 | $80.01 | |
| 716100 | | | | | | | 8420-830 | $0.13 | |
| **INDEPENDENT HEALTH (IND)** | | | | | | | | | |
| | 6/13/11 | 6/13/11 | | | 22229 M | $3,940.10 | 2021-000 | $3,940.10 | B5726A JUNE 2011 |
| | 6/13/11 | 6/13/11 | | | 22230 M | $1,755.27 | 2021-000 | $1,755.27 | B5726Z JUNE 2011 |
| **C. A. CURTZE CO. (CURTZE)** | | | | | | | | | |
| PO 10-1245-46 | 6/14/11 | 6/14/11 | | | 22231 | $1,000.00 | 2021-000 | $191.54 | 169405 |
| PO 10-1248 | | | | | | | 2021-000 | $641.84 | 173929 |
| PO 10-1261 | | | | | | | 2021-000 | $166.62 | 176679 |
| **IVANS (IVA)** | | | | | | | | | |
| | 6/14/11 | 6/14/11 | | | 22232 | $429.75 | 2021-000 | $85.95 | 11D0003744 |
| | | | | | | | 2021-000 | $85.95 | 11D0023326 |
| | | | | | | | 2021-000 | $85.95 | 11D0042661 |
| | | | | | | | 2021-000 | $85.95 | 11D0062302 |
| | | | | | | | 2021-000 | $85.95 | 11D0081753 |
| **U S FOOD SERVICE (USFOOD)** | | | | | | | | | |
| ORDER #131726 | 6/14/11 | 6/2/11 | | | 22233 M | $4,500.00 | 2021-000 | $1,226.77 | 2365340 |
| ORDER # 131729 | | | | | | | 2021-000 | $52.50 | 2423507 |
| ORDER # 136009 | | | | | | | 2021-000 | $3,220.73 | 2576346 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| PO 09-1990 | 6/14/11 | 6/9/11 | | | 22234 M | $1,530.87 | 2021-000 | $452.36 | 10250996 |
| PO 11-1030 | | | | | | | 2021-000 | $1,031.11 | 10250998 |
| PO 09-1926 | | | | | | | 2021-000 | $47.40 | 10251560 |
| **U S FOOD SERVICE (USFOOD)** | | | | | | | | | |
| ORDER # 136009 | 6/16/11 | 6/9/11 | | | 22235 M | $4,500.00 | 2021-000 | $372.68 | 2576346 |
| PO 10-1704 | | | | | | | 2021-000 | $20.60 | 2634447 |
| REF INV # 2576346 | | | | | | | 2021-000 | ($48.36) | 2962985 CM |
| ORDER # 140154 | | | | | | | 2021-000 | $3,907.77 | 2792704 |
| HEALTH CARE ALLOWANCE | | | | | | | 2021-000 | $108.00 | 2996393 |
| ORDER # 144008 | | | | | | | 2021-000 | $139.31 | 0047304 |
| ORDER # 144008 | 6/20/11 | 6/16/11 | | | 22236 M | $4,500.00 | 2021-000 | $3,579.75 | 0047304 |
| ORDER # 148220 | | | | | | | 2021-000 | $933.39 | 0246459 |
| INV REF # 2576346 | | | | | | | 2021-000 | ($13.14) | 2955670 CM |
| **Kinney Drugs/HealthDirect (KINNEY)** | | | | | | | | | |
| | 6/23/11 | 6/23/11 | | | 22237 M | $3,206.40 | 2021-000 | $3,206.40 | June 1-19th 2011 |
| **CHUDY PAPER CO., INC. (CHUDY)** | | | | | | | | | |
| PO 11-1049 | 6/28/11 | 6/16/11 | | | 22238 M | $1,488.69 | 2021-000 | $552.15 | 10252293 |
| | | | | | | | 2021-000 | $837.84 | 10253703 |

*Cash Disbursements Journal*
**1011-050 Cash in Bank-HSBC Remitt/Operating**
Fairchild Manor (03)

Page 4 of 5
8/17/11  3:44 PM
ApJournalCD

*Sort Order: Check Number*

| Vendor | Date Entered | Check Date | Void Date | GL Month | Check Number | Check Amount | Account | Amount | Invoice ID |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | ------ Distribution ------ | | |
| **MODERN DISPOSAL SERVICES INC (MOD)** | | | | | | | | | |
| | 6/28/11 | 6/28/11 | | | 22239 M | $2,005.54 | 2021-000 | $972.28 | 199622 |
| | | | | | | | 2021-000 | $33.64 | 199623 |
| | | | | | | | 2021-000 | $966.12 | 237517 |
| | | | | | | | 2021-000 | $33.50 | 237518 |
| **NIAGARA FALLS REPORTER (NIAFAL)** | | | | | | | | | |
| | 7/6/11 | 7/6/11 | | | 22240 M | $2,500.00 | 2021-000 | $500.00 | 30296 |
| | | | | | | | 2021-000 | $500.00 | 30300 |
| | | | | | | | 2021-000 | $500.00 | 30309 |
| | | | | | | | 2021-000 | $500.00 | 30321 |
| | | | | | | | 2021-000 | $500.00 | 30334 |
| **BATAVIA RESIDENT TRUST (BATRESIDEN)** | | | | | | | | | |
| DORIS KORN | 7/6/11 | 6/30/11 | | | 22241 M | $250.00 | 2362-010 | $250.00 | |
| **NATIONAL GRID (NIA)** | | | | | | | | | |
| 9/15-10/13/2010 | 7/11/11 | 7/6/11 | | | 22242 M | $5,000.00 | 2021-000 | $3,411.81 | 9/15-10/13/ |
| 10/13-11/12/2010 | | | | | | | 2021-000 | $1,588.19 | 10/13-11/12/ |
| **ADP INC (ADP)** | | | | | | | | | |
| 723990 | 7/18/11 | 6/3/11 | | | 22243 M | $214.73 | 8319-690 | $214.47 | |
| 723990 | | | | | | | 8420-830 | $0.26 | |
| 721668 | 7/18/11 | 6/3/11 | | | 22244 M | $387.39 | 8319-690 | $387.27 | |
| 721668 | | | | | | | 8420-830 | $0.12 | |
| 167037 | 7/18/11 | 6/3/11 | | | 22245 M | $647.67 | 8319-690 | $647.67 | |
| 739499 | 7/18/11 | 6/17/11 | | | 22246 M | $80.14 | 8319-690 | $80.01 | |
| 739499 | | | | | | | 8420-830 | $0.13 | |
| 745507 | 7/18/11 | 6/17/11 | | | 22247 M | $561.60 | 8310-730 | $561.60 | |
| 737102 | 7/18/11 | 6/17/11 | | | 22248 M | $979.64 | 8319-690 | $954.06 | |
| 737102 | | | | | | | 8420-830 | $25.58 | |
| 750191 | 7/18/11 | 6/24/11 | | | 22249 M | $80.14 | 8319-690 | $80.01 | |
| 750191 | | | | | | | 8420-830 | $0.13 | |
| 747482 | 7/18/11 | 6/24/11 | | | 22250 M | $304.64 | 8319-690 | $304.52 | |
| 747482 | | | | | | | 8420-830 | $0.12 | |
| **Amigone Sanchez & Mattrey (AMIGONE)** | | | | | | | | | |
| | 7/20/11 | 7/20/11 | | | 22251 M | $26,039.00 | 8350-300 | $26,039.00 | |
| **NATIONAL GRID (NIA)** | | | | | | | | | |
| 10/13-11/12/2010 | 7/20/11 | 5/19/11 | | | 22252 M | $2,000.00 | 2021-000 | $2,000.00 | 10/13-11/12/ |
| **INDEPENDENT HEALTH (IND)** | | | | | | | | | |
| | 7/27/11 | 7/27/11 | | | 22253 M | $1,861.53 | 2021-000 | $394.01 | B5726AJULY11 |
| | | | | | | | 2021-000 | $1,467.52 | B5726ZJULY11 |
| **TIME WARNER CABLE (TIME)** | | | | | | | | | |
| 4/1 - 30/2011 | 7/27/11 | 5/19/11 | | | 22259 M | $793.63 | 2021-000 | $766.18 | 4/1 -30/2011 |
| | | | | | | | 2021-000 | $27.45 | 5/1-30/2011 |
| **BATAVIA NURSING HOME (BNH)** | | | | | | | | | |
| | 8/17/11 | 5/31/11 | | | 52011 M | $21,000.00 | 2012-000 | $21,000.00 | |
| **SENIOR ASSOCIATES LLC (SEN)** | | | | | | | | | |
| | 8/17/11 | 6/30/11 | | | 62011 M | $900.00 | 2014-000 | $900.00 | |
| | 8/17/11 | 5/31/11 | | | 520111 M | $1,100.00 | 2014-000 | $1,100.00 | |
| **LEWISTON PROPERTIES (LEWPROP)** | | | | | | | | | |
| | 8/17/11 | 6/30/11 | | | 620111 M | $100.00 | 8220-710 | $100.00 | |
| **SENIOR ASSOCIATES PROPERTIES LLC (SRPROP)** | | | | | | | | | |
| | 8/17/11 | 5/31/11 | | | 5201111 M | $6,500.00 | 8220-690 | $6,500.00 | |
| **BATAVIA NURSING HOME (BNH)** | | | | | | | | | |

*Cash Disbursements Journal*
**1011-050 Cash in Bank-HSBC Remitt/Operating**
Fairchild Manor (03)

Page 5 of 5
8/17/11  3:44 PM
ApJournalCD

*Sort Order: Check Number*

| Vendor | Date Entered | Check Date | Void Date | GL Month | Check Number | Check Amount | Account | Amount | Invoice ID |
|---|---|---|---|---|---|---|---|---|---|
| **DAMON & MOREY LLP (DAMON)** | | | | | | | | | |
| | 6/7/11 | 5/27/11 | | | 101157960 M | $2,500.00 | 8350-300 | $2,500.00 | |
| | | | | | | **$168,287.41** | | **$168,287.41** | |

|  |  |
|---|---|
| *Total Manual Checks* | $168,857.66 |
| *Total Voided Checks* | ($2,000.00) |
| *Total Computer Checks* | $1,429.75 |

FAIRCHILD MANOR NURSING HOME

| Name | Gross Wages Paydate 5/13/11 - 08/14/11 |
|---|---|
| AGEE,LATOYA | $1,860.34 |
| ALLEN,CHANITA | $2,369.66 |
| BAGOVICH,TIMOTHY | $537.50 |
| BAILEY,JOSHUA | $2,516.17 |
| BINIECKI,LISA | $3,176.60 |
| BLACK,BRENDA J | $4,765.34 |
| BLACKBURN,ANDREW | $1,800.00 |
| BLAKELOCK,JONATHAN | $873.27 |
| BRADLEY,CARMELLA | $3,252.17 |
| BRENOT,HEATHER | $1,473.84 |
| BRIGHT,LUKE | $550.39 |
| BROWN,ANDREA | $5,058.46 |
| BROWN,ELAINE | $5,001.86 |
| BURTS,TWAN | $3,053.68 |
| CAMPAGNOLO,MARK | $8,048.10 |
| CANTEY,GILLIAN | $980.22 |
| CARR,WESLEY | $15,241.52 |
| CARTER,DOMINIQUE | $1,520.29 |
| CHATMON,JEROME | $4,711.77 |
| CLARKSON,KATHY | $1,299.90 |
| CLEVELAND,KRISTA | $2,878.79 |
| CONSULTANTS,MDS | $10,230.50 |
| CORNETT,JENNIFER | $5,112.34 |
| CROCKETT,NEA | $3,125.95 |
| CUSICK,MELODY | $2,621.28 |
| DAS MD,NAYAN | $6,000.00 |
| DE SIMONE,GERARD | $10,440.00 |
| DESMOND,KELLY | $1,478.67 |
| DUNN,MICHELLE | $8,897.01 |
| FARINO,HEATHER | $959.73 |
| FARR,KELLY | $736.95 |
| FISHER,KELLI | $4,686.35 |
| FORD,HASSAN | $1,945.78 |
| FORREST,SHANIQUA | $1,770.40 |
| FRANCIOLI,FRANCINE | $4,115.33 |
| FREY,LAUREL | $2,174.82 |
| FULLER,ERNEST | $162.98 |
| FULLER,ERNESTINE | $361.42 |
| GAGLIARDI,KATHLEEN | $2,912.78 |
| GIBBONS,DEBBIE A | $4,500.05 |
| GROCHOWINA,RHIANNON | $2,318.90 |
| HALL,DOROTHY | $2,678.11 |
| HAMILTON,CHRISTINE | $1,129.49 |
| HAMILTON,LESLIE | $1,283.37 |
| HAMILTON,RICHARD K. | $2,476.96 |
| HAMILTON,RICHARD M. | $6,923.10 |
| HAMILTON,RICHARD T. | $1,632.15 |
| HARRIS,AMY | $7,923.10 |
| HARRIS,TIFFANY | $709.72 |
| HEBERT,RHONDA | $3,501.10 |

FAIRCHILD MANOR NURSING HOME

| | |
|---|---|
| HERDS,MARGUERITE | $964.33 |
| HILLMAN,COURTNEY | $2,474.35 |
| HILSON,RESHEKEH | $1,422.70 |
| HOUT,BRENDA | $4,485.74 |
| HOWARD,DARTANIAN | $86.86 |
| HOWELL,STEPHANIE | $2,729.25 |
| JACKSON,LASHAWN | $1,137.25 |
| JAROSZ,WILLIAM | $1,350.25 |
| JASEK,AGATHA | $12,134.49 |
| JOHNSON,ALICE | $3,789.84 |
| JOHNSON,DONALD | $5,105.74 |
| JONES,CARNELL | $98.38 |
| JONES,MELISSA | $2,255.88 |
| JONES,STEPHANIE | $1,379.01 |
| JONES,TAMARA | $1,667.41 |
| KABAMBA,KALEBELA | $1,516.13 |
| KAM,TAMMY | $277.50 |
| KEEL,VALERIE | $626.34 |
| KEMP,JADE | $1,196.95 |
| KING,MARQUERITTA | $2,337.92 |
| KING,PATRICIA | $3,151.00 |
| KOCH,ALISON | $2,191.77 |
| LACHAT,RACHEL | $235.62 |
| LAFRATTA II,MARK | $1,407.81 |
| LAMPKIN,CAMERON | $957.30 |
| LEISER,KENNETH | $3,489.25 |
| LOUNSBURY,SHANNON | $3,132.59 |
| LOZINSKY,LORETTA | $14,065.00 |
| MAHONEY,DEBORAH J | $3,608.13 |
| MAROTTA,MARY ANN | $612.18 |
| MAURO,ROSS | $3,042.41 |
| MCCANTIS,PRECIOUS | $27.75 |
| MCCRAITH,MELISSA | $5,192.28 |
| MCNERNEY,JESSICA | $3,255.56 |
| MESLER,VICKI | $2,978.13 |
| MIGLIAZZO,ELAINE | $5,633.38 |
| MILLER,KRISTINA | $7,567.14 |
| MITCHELL,ERIC | $858.06 |
| MOSES,JENNIFER | $4,896.90 |
| NORTON,ANDREA | $1,760.11 |
| PACANA,WILLIAM | $1,221.28 |
| PADUANO,CAROL | $3,140.41 |
| PANDIT,SWAGATA | $5,384.64 |
| PAOLINI,SUSAN | $3,877.70 |
| PARKHILL,APRIL | $386.65 |
| PETERSON,CASANDRA | $1,567.24 |
| PHAN,TOM | $12,418.79 |
| PORTER,PATRINA | $3,474.69 |
| POYNTER,KEVIN | $8,159.38 |
| PRESCOTT,TINA | $1,158.02 |
| PROKOP,AMANDA | $1,555.42 |
| RHINEHARDT,CORINA | $578.85 |

| | |
|---|---|
| RICK,MELANIE | $7,980.00 |
| RICKARD,DAWN | $4,798.29 |
| RIDGEWAY,LAWRENCE | $1,045.59 |
| ROBINSON,NIA | $2,478.51 |
| ROHRING,LORAINE K | $2,090.28 |
| ROMAN,JUDITH | $2,971.20 |
| ROUNDTREE,EVELYN | $1,495.61 |
| SABATER,SHEREE | $1,888.58 |
| SANDERS,LATINA | $1,258.00 |
| SANTUCCI,RICHARD | $3,548.00 |
| SCHMIDT,TINA | $300.00 |
| SCHULTZ,LISA M | $3,913.70 |
| SHEELER,JENNIFER | $868.32 |
| SHINE,LATASHA | $2,553.99 |
| SKALLA,DEBRA M | $6,680.79 |
| SMITH,HEIDI | $13,730.78 |
| SMITH,LEROY | $269.28 |
| SMITH,SHAMEEK | $2,393.83 |
| SOMMER,FRED | $4,442.34 |
| SPACONE,LOUIS | $2,969.60 |
| STARKS,EBONY | $1,134.58 |
| STREETER,TORIANO | $60.54 |
| SWANSON,VALERIE J | $5,910.29 |
| TARASEK,DEAN | $5,062.50 |
| TELESE,KRISTEN | $3,251.40 |
| THOMAS,TIA | $3,122.60 |
| TRANE,PHILIP | $2,105.08 |
| WALDECK,MICHAEL | $3,165.44 |
| WALLACE,ADRIANE | $279.83 |
| WASHBURN,VERONICA | $2,498.29 |
| WEEDEN,ANGELICA | $78.62 |
| WHITE,CHARICE | $5,070.66 |
| WHITE,DEANNA | $3,062.16 |
| WILSON,WANICA | $3,141.87 |
| WOOD,DANIEL | $29.95 |
| YOUNG,TOWANNA | $5,449.69 |
| ZAWADZKI,BONNIE | $1,815.08 |

$444,715.24

Farichild Manor Due to From

ASSIGNMENT B/B

| Date | Batavia Operating | Senior Associates Operating | Senior Associates Properties | Lewiston Properties |
|---|---|---|---|---|
| 8/18/2010 | | | | $46,350.00 |
| 8/19/2010 | -$55,000.00 | | | |
| 8/25/2010 | $12,000.00 | | | |
| 8/31/2010 | -$7,000.00 | | | |
| 9/13/2010 | -$34,000.00 | | | |
| 9/14/2010 | -$7,000.00 | | | |
| 9/17/2010 | -$20,000.00 | | | |
| 9/17/2010 | | | | |
| 9/22/2010 | -$14,177.50 | | | |
| 9/27/2010 | -$1,000.00 | | | |
| 9/29/2010 | -$578.55 | | | |
| 9/30/2010 | $10,000.00 | | | |
| 9/30/2010 | | $3,866.31 | | |
| 9/30/2010 | | | | |
| 9/30/2010 | | | | |
| 10/4/2010 | $8,000.00 | | | |
| 10/4/2010 | | $1,500.00 | | |
| 10/4/2010 | | | $150.00 | |
| 10/12/2010 | | $7,000.00 | | |
| 10/12/2010 | | | | |
| 10/13/2010 | $3,242.90 | | | |
| 10/18/2010 | $1,131.53 | | | |
| 10/18/2010 | | | $100.00 | |
| 10/21/2010 | | $4,462.61 | | |
| 10/25/2010 | $15,000.00 | | | |
| 10/25/2010 | $500.00 | | | |
| 10/27/2010 | | | $729.61 | |
| 10/28/2010 | | $300.00 | | |
| 10/29/2010 | | | $156.83 | |
| 11/1/2010 | $3,000.00 | | | |
| 11/1/2010 | $1,340.00 | | | |
| 11/1/2010 | $150.00 | | | |
| 11/3/2010 | $3,109.73 | | | |
| 11/3/2010 | $2,005.00 | | | |
| 11/3/2010 | | $316.26 | | |
| 11/5/2010 | | $1,763.16 | | |
| 11/18/2010 | | | $2,973.06 | |
| 11/18/2010 | | $75.60 | | |
| 11/18/2010 | | | | |
| 11/19/2010 | | $13,043.15 | | |
| 11/22/2010 | | $783.34 | | |
| 11/22/2010 | $476.33 | | | |
| 11/23/2010 | | | | |
| 11/23/2010 | | $1,415.57 | | |
| 11/24/2010 | | | $242.46 | |
| 11/26/2010 | $30,000.00 | | | |
| 11/26/2010 | | | | |
| 12/1/2010 | $1,250.00 | | | |
| 12/3/2010 | | $1,030.00 | | |

| Date | | | | |
|---|---|---|---|---|
| 12/3/2010 | $407.85 | | | |
| 12/3/2010 | | $57.96 | | |
| 12/6/2010 | | $1,818.07 | | |
| 12/7/2010 | $1,000.00 | | | |
| 12/7/2010 | | $716.10 | | |
| 12/7/2010 | | | $350.00 | |
| 12/9/2010 | | $2,357.81 | | |
| 12/14/2010 | $2,225.00 | | | |
| 12/22/2010 | | | $370.00 | |
| 12/31/2010 | | $8,545.37 | | |
| 1/4/2011 | | $5,000.00 | | |
| 1/5/2011 | | | $3,500.00 | |
| 1/6/2011 | | $1,000.00 | | |
| 1/6/2011 | | $35.00 | | |
| 1/27/2011 | | $1,500.00 | | |
| 1/28/2011 | | $8,700.00 | | |
| 2/1/2011 | | | | $25.00 |
| 2/1/2011 | | | $200.00 | |
| 2/2/2011 | | $4,200.00 | | |
| 2/2/2011 | $3,600.00 | | | |
| 2/4/2011 | | $39,750.00 | | |
| 2/10/2011 | $4,600.00 | | | |
| 2/11/2011 | $3,000.00 | | | |
| 2/15/2011 | | | | $36,400.00 |
| 2/23/2011 | | $10,650.00 | | |
| 4/4/2011 | $5,000.00 | | | |
| 4/4/2011 | | | $2,000.00 | |
| 4/6/2011 | | | $1,300.00 | |
| 4/7/2011 | $10,000.00 | | | |
| 4/7/2011 | | | $2,300.00 | |
| 4/14/2011 | $250.00 | | | |
| 4/18/2011 | $5,000.00 | | | |
| 4/19/2011 | | | $4,000.00 | |
| 4/19/2011 | $5,000.00 | | | |
| 4/20/2011 | | | $1,000.00 | |
| 4/21/2011 | | | $1,000.00 | |
| 4/26/2011 | | | $300.00 | |
| 4/26/2011 | | | $350.00 | |
| 4/27/2011 | | | | $200.00 |
| 4/27/2011 | | | $150.00 | |
| 5/3/2011 | $3,000.00 | | | |
| 5/4/2011 | $8,000.00 | | | |
| 5/4/2011 | | | $1,000.00 | |
| 5/4/2011 | | $500.00 | | |
| 5/4/2011 | | $100.00 | | |
| 5/9/2011 | $10,000.00 | | | |
| 5/16/2011 | | $500.00 | | |
| 5/17/2011 | | | $5,500.00 | |
| 6/1/2011 | | $500.00 | | |
| 6/8/2011 | | $400.00 | | |
| 6/14/2011 | | | | $100.00 |
| 6/30/2011 | $250.00 | | | |
| | $13,782.29 | $120,856.31 | $28,701.96 | $83,075.00 |

# United States Bankruptcy Court
## Western District of New York

In re    **Fairchild Manor Nursing Home, LLC**      Case No. _____

             Debtor(s)      Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---:|
   | For legal services, I have agreed to accept | $ | 25,000.00 |
   | Prior to the filing of this statement I have received | $ | 25,000.00 |
   | Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **The above fee represents the retainer paid for both pre and post petition services. The amount incurred by the Debtor for pre-petition services is $6,325. The remaining $18,675 is reserved for post-petition services. I will be filing an application for appointment as counsel for the Debtor for all post-petition services and any and all compensation associated with post-petition representation shall be as set forth in the Order of Appointment subject to further Order of the Court.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 26, 2011**             **/s/ Arthur G. Baumeister, Jr.**
                                                  **Arthur G. Baumeister, Jr.**
                                                  **Amigone, Sanchez, Mattrey & Marshall LLP**
                                                  **1300 Main Place Tower**
                                                  **350 Main Street**
                                                  **Buffalo, NY 14202**
                                                  **(716) 852-1300   Fax: (716) 852-1344**
                                                  **abaumeister@amigonesanchez.com**

# United States Bankruptcy Court

## Western District of New York

In re    **Fairchild Manor Nursing Home, LLC**

                        Debtor

Case No. _____

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Marc Korn**<br>**2302 Wherle Dr.**<br>**Williamsville, NY 14221** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **August 26, 2011** _____

Signature __**/s/ Marc Korn**_____
                 **Marc Korn**
                 **Managing Member**

     *Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com              Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re   **Fairchild Manor Nursing Home, LLC**                               Case No.                                 
                                          Debtor(s)          Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **August 26, 2011**                 **/s/ Marc Korn**
                                            **Marc Korn**/**Managing Member**
                                            Signer/Title

ACS Service Bureau
226 Lowell Street, Suite A-2
Wilmington, MA 01887-3073


ADP Inc.
P.O. Box 9001006
Louisville, KY 40290-1006


AEL Financial
Box 88046
Milwaukee, WI 53288-0046


AFLAC New York
22 Corporate Woods Boulevard
Albany, NY 12211


Airgas East
P.O. Box 827049
Philadelphia, PA 19182-7049


Alco Sales & Service Co.
6851 High Grove Boulevard
Burr Ridge, IL 60527-7579


American Glass & Mirror
2055 Military Road
Niagara Falls, NY 14304


American Healthtech
P.O. Box 12310
Jackson, MS 39236


American Homecare Supply, LC
P.O. Box 347118
Pittsburgh, PA 15251-4118


Angelica-Batavia
P.O. Box 823283
Philadelphia, PA 19182-3283


Ann Copfer-Buzzard
c/o Carla Rueter
1931 Clintonia Avenue
San Jose, CA 95125

Aries Transportation
100 River Rock Drive, Suite 203
Buffalo, NY 14207


Arjo Huntleigh Inc.
P.O. Box 640799
Pittsburgh, PA 15264-0799


B.E.S.T. Inc.
3003 Genesee Street
Buffalo, NY 14225


Bailey Brothers Enterprises
4057 Purdy Road
Lockport, NY 14094


BC BS of Massachusetts
Attn.: Cash Receipts
Mail Stop 02-04
1 Enterprise Drive
Quincy, MA 02171


Berkadia Commerical Mortgage
P.O. Box 1687
Horsham, PA 19044-6687


Betsy Adams
3009 Cherry Bark Street
Abilene, TX 79606


Boulevard Produce
655 Youngs Street
Tonawanda, NY 14150


Brickyard Pub & BBQ
432 Center Street
Lewiston, NY 14092


Buffalo Hospital Supply
P.O. Box 407
Buffalo, NY 14225-0407

Buffalo News
One News Plaza
P.O. Box 5183
Buffalo, NY 14240-5183


Buffalo Pharmacy Institute
20 Lawrence Bell Drive
Buffalo, NY 14221


Buffalo Ultrasound Inc.
P.O. Box 5196
Buffalo, NY 14240-5196


C.A. Curtz Co.
1717 East 12th Street
P.O. Box 797
Erie, PA 16512


Caterpillar Fiancial Services Corp.
2121 West End Avenue
Nashville, TN 37203


Catholic Health-Dept. of Lab Service
Attn.: John Emhof - Billing
2157 Main Street
Buffalo, NY 14214


Chase Auto Finance
P.O. Box 901076
Fort Worth, TX 76101-2076


Choice One
P.O Box 415721
Boston, MA 02241-5721


Cintas Fas Lockbox 636525
P.O. Box 636525
Cincinnati, OH 45263-6525


Citibank (KEY)
P.O. Box 9004
Des Moines, IA 50368

Commissioner of Health New York
Assessment Fund
P.O. Box 4757
Syracuse, NY 13221


Compliance Signs, Inc.
56 South Main Street
Chadwick, IL 61014-9425


Copeland Data Systems
550 Fillmore Avenue
Tonawanda, NY 14150


Crawford Machine & Tool
51 Heiler Drive
East Aurora, NY 14052-1517


Crest Healthcare Supply
P.O. Box 727
195 South Third Street
Dassel, MN 55325-0727


Crest/Good Manufacturing Co., Inc.
P.O. Box 468
Syosset, NY 11791-0468


CVS Caremark
600 Penn Center
Pittsburgh, PA 15235


Damon & Morey LLP
Avant Buiding, Suite 1200
200 Delaware Avenue
Buffalo, NY 14202-2150


Danny Thompson Inc.
2102 11th Street
Niagara Falls, NY 14305


Diversified Services
2900 Delaware Avenue
Buffalo, NY 14217

Dolphin Capital Corp.
P.O. Box 644006
Cincinnati, OH 45264-4006


Dr. Drew Chenelly
121 North Main Street, Suite 310
Albion, NY 14411


Eagle Systems, Inc.
2421 Harlem Road
Buffalo, NY 14225


Ecolab Pest Elimination Div.
P.O. Box 6007
Grand Forks, ND 58206-6007


Educated Healthcare
9700 The Pines
Buffalo, NY 14221


Elder Medical Services, P.C.
c/o Beth Hoerner, Administrator
132 Cayuga Road
Buffalo, NY 14225


Eleanor Reele
1530 Benjamin Drive
Niagara Falls, NY 14304


Estate of Alfonso Paonessa
c/o John Paonessa
2250 Pierce Avenue, Apt. 1
Niagara Falls, NY 14301


Estate of Sharon Carriere
c/o Corrine Kroenig
4980 Blackman Road
Lockport, NY 14094


Evans National Bank
14-16 North Main Street
Angola, NY 14006

Falls Tent & Awning
P.O. Box 208
Lewiston, NY 14092


FDR Medical Services, PC
P.O. Box 92249
Rochester, NY 14692-0249


Fedex
P.O. Box 371461
Pittsburgh, PA 15250-4746


FLTC
150 State Street, Suite 301
Albany, NY 12207


Francotyp-Postalia, Inc.
FP Mailing Solutions
P.O.Box 4510
Carol Stream, IL 60197-4510


Frank A. Pallone, DDS
552 Third Street
Niagara Falls, NY 14301


Freed Maxick & Battaglia
800 LIberty Building
Buffalo, NY 14202


General Electic Capital
20225 Watertower Blvd.
Brookfield, WI 53045


Genesee Health Facilities Assoc.
40 Barrett Drive
Webster, NY 14580


Get Noticed Promotions
152 Sonwil Drive
Buffalo, NY 14225


Global Equipment Company
P.O. Box 905713
Charlotte, NC 28290

Greater Niagara Newspaper
P.O. Box 549
Niagara Falls, NY 14302


Harbor Linen
P.O. Box 3510
Cherry Hill, NJ 08034


Health Care Industry Trust
700 Rand Building
14 Lafayette Square
Buffalo, NY 14202


Health Care Logistics, Inc.
Dept. L 2412
Columbus, OH 43260-2412


Health System Services, LTD
6867 Williams Road
Niagara Falls, NY 14304-3041


Hiscock & Barclay, LLP
1100 M & T Center
3 Fountain Plaza
Buffalo, NY 14203-1414


HSBC Bank
Commerical Cash Management
One HSBC Center, 12th Floor
Buffalo, NY 14203


Independent Health
Dept. 264
P.O. Box 8000
Buffalo, NY 14267-0002


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Irish Carbonic & Welding
P.O. Box 409
Buffalo, NY 14212-0490

Iron Mountain Record Management
P.O. Box 27128
New York, NY 10087-7128


J H Dodman Co., Inc.
116 MIchigan Avenue
Buffalo, NY 14204


Joe Niccola's Lawn Service
3410 Creek Road
Youngstown, NY 14174


John H. Clark, MD
P.O. Box 494
Lewiston, NY 14092


John W. Sutton
904 Sycamore Street
Niagara Falls, NY 14304


Kaleida Health
Attn.: Maureen/Yvonne
726 Exchange Street, Suite 300
Buffalo, NY 14210


Kavinoky, Cook LLP
726 Exchange Street, Suite 800
Buffalo, NY 14210


Kenny Carpets
2262 Union Road
Buffalo, NY 14227


Kim Marie Fritschi
3 Sibley Drive
Buffalo, NY 14224


Laser Solutions Inc.
136 Walnut Street
Lockport, NY 14094-3722


Lawley Services, Inc.
361 Delaware Avenue
Buffalo, NY 14202

Linstar
430 Lawrence Bell Drive
Buffalo, NY 14221-7085

Liturgical Publications Inc.
4560 East 71st Street
Cuyahoga Heights, OH 44105-5604

Lockport Home Medical
21 Main Street
Lockview Plaza
Lockport, NY 14094

Marchese Computer Products, Inc.
220 Ellicott Street
Batavia, NY 14020

MC Healthcare Products Inc.
4658 Ontario Street
Beamsville, Ontario LOR 1B4
CANADA

McClure Dental Servcies
84 W. Utica Street
Buffalo, NY 14209

MDS Consultants
137 Rae Drive
Rochester, NY 14626

MED Pass Inc.
10800 Industry Lane
Miamisburg, OH 45342

Mercy Hospital of Buffalo
565 Abbott Road
Buffalo, NY 14220

Mobile Diagnostic Testing Servcies
d/b/a Health Trac
P.O. Box 8000-445
Buffalo, NY 14267

Modern Disposal Services Inc.
P.O. Box 209
Model City, NY 14107


Morgan Services, Inc.
325 Louisiana Street
Buffalo, NY 14204


Mount St. Mary's Hosp. & Health Center
Attn.: Finance Dept.
5300 Military Road
Lewiston, NY 14092


MVP Health Care, Inc.
220 Alexander Street
Rochester, NY 14607


National Benefit Life Ins. Co.
One Court Square
Long Island City, NY 11120-0001


National Health Debt Solutions
P.O. Box 20
Buffalo, NY 14231-0020


New York Association of Homes &
Services for the Aging
150 State Street, Suite 301
Albany, NY 12207-1698


New York State Dept. of Labor
State Office Building
Campus Bldg. 12, Rm. 185B
Albany, NY 12240


Niagara County Dept. of Social Services
P.O. Box 406
Lockport, NY 14095


Niagara Falls Memorail Medical Center
P.O. Box 708
Niagara Falls, NY 14302

Niagara Falls Reporter
1625 Buffalo Avenue
Niagara Falls, NY 14303


Niagara Hospice, Inc.
4675 Sunset Drive
Lockport, NY 14094


North American Transcription
1866 Leithsville Road, Box 167
Hellertown, PA 18055


NYS Workers Compensation Board
Finance Office Room 301
20 Park Street
Albany, NY 12207


NYS Workers Compensation Board
c/o RMS
One Exchange Plaza
55 Broadway Suite 201
New York, NY 10006


NYSHFA
33 Elk Street, Suite 300
Albany, NY 12207-1010


NYSHFA District 10
P.O. Box 1875
Buffalo, NY 14231-1875


Occupational Health Care Services
621 Tenth Street
Niagara Falls, NY 14302


Office Depot
P.O Box 88040
Chicago, IL 60680-1040


Omnicare Pharmacy/BPNY Acquisition
P.O. Box 715276
Columbus, OH 43271-5276

Omnicare Pharmacy/BPNY Acquisition
2410 North America Drive
Buffalo, NY 14224


One Communications
P.O. Box 415721
Boston, MA 02241-5721


One Communications
P.O. Box 1927
Albany, NY 12201-1927


Optimasolutions2/Tray Card System
210 S. 13trh Street, Suite B
Griffin, GA 30224


Orleans/Niagara Boces
Attn.: Terry Josker
3181 Saunders Settlement Road
Sanborn, NY 14132


Penn Emblem
Box 510801
Philadelphia, PA 19175-0801


Pesi Healthcare
P.O. Box 900
Eau Claire, WI 54702-0900


Plant Emporium
425 Onondaga Street
Lewiston, NY 14092


Povinelli Cutlery & Sharpening Service
3810 Union Road
Buffalo, NY 14225


Praxair Distribution, Inc.
Dept. 0812
P.O. Box 120812
Dallas, TX 75312-0812


Precision Dynamics Corp.
13880 Del Sur Street
San Fernando, CA 91340-3490

Precision Scale & Balance
140 Rotech Drive
Lancaster, NY 14086


Professional Laundry Sys. West Inc.
3655 California Road
Orchard Park, NY 14127


Professional Medical, Inc.
1917 Garnet Court
New Lenox, IL 60451


Quest Diagnostics
2178 Collection Center Drive
Chicago, IL 60693


Rosaline Tabone
208 Beckwith Avenue
Niagara Falls, NY 14304


RSM McGladrey
800 Liberty Building
424 Main Street
Buffalo, NY 14202-3508


Rural/Metro Medical Services
Attn.: Althea Marshal
481 William Gaiter Parkway
Buffalo, NY 14215


Ruskin Moscou Faltischek, P.C.
1425 Rexcorp Plaza
Uniondale, NY 11556-1425


Safeguard Business Systems
P.O. Box 88043
Chicago, IL 60680-1043


Scipione Catering LLC
3010 Pine Avenue
Niagara Falls, NY 14301

Secretary of Housing and Urban Devel.
c/o Multifamily Payment Processing
P.O. Box 530256
Atlanta, GA 30353-0256


Shred-It
440 Lawrence Bell Drive, Suite #2
Buffalo, NY 14221


Simplex Grinnell
1310 Madrid St. Ste. 103
Marshall, MN 56258


Social Security Administration
P.O. Box 3430
Philadelphia, PA 19122-9985


Southworth-Milton, Inc.
P.O. Box 3851
Boston, MA 02241-3851


Speciality Steak Service/Curtze Foods
1717 E. 12th Street
P.O. Box 797
Erie, PA 16512


Staples Busines Advantage
Dept. ROC 85102
P.O. Box 30851
Hartford, CT 06150-0851


Stericycle
P.O. Box 9001590
Louisville, KY 40290-1591


Sunset Fruit & Vegetable Co., Inc.
1443 Clinton Street
Buffalo, NY 14206


Superior Products Co.
P.O. Box 623
East Aurora, NY 14052

T Grana & Son, Inc.
2610 Pine Avenue
Niagara Falls, NY 14301


Tax Credit Processing Center
P.O. Box 8427
Gadsden, AL 35902


TCF Equipment Lease
11100 WayzataBlvd., #801
Minnetonka, MN 55305


The Hartford - Priority Accounts
Group Benefits Divisoin
P.O. Box 8500-3690
Philadelphia, PA 19178-3690


The Partnership, Ltd.
11 Pinchot Court, Suite 100
Buffalo, NY 14228


Time Warner Cable
P.O. Box 1270
Buffalo, NY 14240-1270


Time Warner Cable
P.O. Box 371877
Pittsburgh, PA 15250-0877


Toshiba America Business Solutions
P.O. Box 642111
Pittsburgh, PA 15264-2111


U. S. Food Service
125 Gardenville Parkway West
Buffalo, NY 14224


Univ. @ Buffalo Surgeons, Inc.
P.O. Box 8000, Dpet. 313
Buffalo, NY 14267


Upstate Farms Cooperative
P.O. Box 650
Buffalo, NY 14225

Vecmar Computer Solutions
7595 Jenther Drive
Mentor, OH 44060


Verizon
P.O. Box 15124
Albany, NY 12212-5124


Verizon Online
PO. Box 920041
Dallas, TX 75392-0041


Verizon Wireless
P.O. Box 408
Newark, NJ 07101-0408


Village Blossoms Inc.
134 Jackson Street
Youngstown, NY 14174


Village of Lewiston Inc.
145 N. 4th Street
Lewiston, NY 14092


We Care Health & Human Services
401 East Amherst Street
Buffalo, NY 14215


Webster Szanyi LLP
The Beard Law Office
1400 Liberty Building
Buffalo, NY 14202


William Ford
c/o Michael Ford
100 Paul Drive
Buffalo, NY 14228


WNY Mutual Aid Plan
Greenfield Health & Rehabilitation
5949 Broadway
Lancaster, NY 14086

# United States Bankruptcy Court
## Western District of New York

In re  **Fairchild Manor Nursing Home, LLC**

                                               Debtor(s)

Case No. _____

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fairchild Manor Nursing Home, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **August 26, 2011** | **/s/ Arthur G. Baumeister, Jr.** |
| Date | **Arthur G. Baumeister, Jr.** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Fairchild Manor Nursing Home, LLC** |
| | **Amigone, Sanchez, Mattrey & Marshall LLP** |
| | **1300 Main Place Tower** |
| | **350 Main Street** |
| | **Buffalo, NY 14202** |
| | **(716) 852-1300 Fax:(716) 852-1344** |
| | **abaumeister@amigonesanchez.com** |